IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY M. KLINE,                            :        1:CV00-1695
                                             :
                        Plaintiff            :
                                             :
        vs.                                  :
                                             :
COUNTY OF SCHUYLKILL,                         :
SCHUYLKILL COUNTY PRISON,                     :
SCHUYLKILL COUNTY PRISON                      :
BOARD, Individually and                       :
collectively,                                 :
    FRANCIS V. McANDREW,                      :        **FILED**
    FORREST L. SHADLE,                        :        **SCRANTON**
    JEROME P. KNOWLES,                        :
    STANLEY H. TOBASH,                        :        NOV 1 3 2000
    WILLIAM BALDWIN,                          :
DAVID J. KURTZ,                               :
GERALD BRITTON,                               :
EUGENE BERDANIER,                             :        PER _____
                                             :            DEPUTY CLERK
                        Defendants           :

### *AFFIDAVIT OF EUGENE BERDANIER*
### *IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT*

**COMMONWEALTH OF PENNSYLVANIA**          :
                                          : ss.
**COUNTY OF SCHUYLKILL**                  :

Eugene Berdanier, being duly sworn according to law, deposes and says that:

1.      He is the current appointed and acting Deputy Warden of Schuylkill County Prison.

2.      He has been employed by the Schuylkill County Prison since September 2, 1986, and was promoted to supervisor on May 27, 1996, Deputy Warden on April 4, 1997,  and acting Warden as of April 1, 1999, and Deputy Warden upon the appointment of the current Warden, Gerald Britton, as of July 25, 1999.

3.      His duties as Deputy Warden involve maintaining prison records, computing sentences, coordinating hearings with district justices and the Court and working under the supervision of the Warden.

4.    He is familiar with the plaintiff, Anthony M. Kline, who has been incarcerated in the Schuylkill County Prison on numerous occasions, most recently following his sentence on June 8, 1998, imposed by the Honorable John Domalakes following conviction for corruption of minors and indecent assault.

5.    The Schuylkill County Prison does maintain grievance procedures and grievance process may be initiated by the submission of a writing in any form, including "Inmate's Request to Staff Member" or on any other form. Plaintiff's Complaint alleges that he was not provided a grievance form. The prison file of Anthony M. Kline reveals numerous submissions of inmate's request for staff, which are attached hereto as Exhibit "A".

6.    A review of plaintiff's prison file reveals no submitted grievance or any notification whatever concerning the prison conditions or any of the allegations as averred in the Complaint. A true and correct copy of Plaintiff's Prison File is attached hereto as Exhibit "B".

7.    Plaintiff's prison file reveals a single conduct complaint for an offense which occurred on July 22, 2000, involving the possession of contraband in the prison. Plaintiff was found guilty of his own admission and returned to the general population. A true and correct copy of the conduct report and hearing summary is attached hereto as Exhibit "C". Plaintiff's prison file reveals no other disciplinary record.

8.    Plaintiff alleges that he was incarcerated in E-Block, which he refers to as the prison disciplinary unit. Plaintiff's prison file reveals that he was placed in protective custody in E-Block at his own request. True and correct copy of documentation confirming plaintiff's request for protective custody are attached hereto and marked Exhibit "D".

9.    Plaintiff alleges he needed eye glasses, which the medical department did give him glasses. Plaintiff's medical file reveals that on January 9, 1999, new glasses

2

were given to inmate.  Neither the medical nor prison file reveal any complaint relative to his glasses or that the prescription was wrong.  A true and correct copy of plaintiff's inmate's request to staff member and issuance of glasses is attached hereto as Exhibit "E".

10.     Gerald Britton, named as a defendant herein, is the current Warden of Schuylkill County Prison having assumed duties upon his appointment on July 25, 1999. Accordingly, Warden Britton would have no knowledge and no involvement in the Schuylkill County Prison prior to July 25, 1999.

11.     David Kurtz, identified as a defendant herein, is the former Warden of Schuylkill County Prison, having served in that capacity until his resignation on April 9, 1999.  Accordingly, former Warden Kurtz had no involvement or responsibility at the prison subsequent to April 9, 1999.

12.     To the extent plaintiff's Complaint alleges that he was "forced" to sleep on a mattress on the floor, plaintiff affirmatively chose a mattress and rejected a cot provided by the prison.  A true and correct copy of plaintiff's election is attached hereto as Exhibit "F".

*Eugene Berdanier*
Eugene Berdanier

Sworn and subscribed to before :
:
me, a Notary Public, this **QnV**:
:
day of *November*, 2000.           :
:
*Joseph Yezulinas*                 :
NOTARY PUBLIC

Notarial Seal
Joseph T. Yezulinas, Notary Public
Pottsville, Schuylkill County, PA.
My Commission Expires April 30, 2001

3

# EXHIBIT A

FORM DC-135A

INMATE'S REQUEST TO STAFF MEMBER

SCHUYLKILL COUNTY PRISON 7/29/87
**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

INSTRUCTIONS

*Complete Items Number 1 7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

1. TO: (NAME AND TITLE OF OFFICER) Arthur Wetzel

2. DATE 8-6-93

3. BY: (INSTITUTIONAL NAME AND NUMBER)

4. COUNSELOR'S NAME

5. WORK ASSIGNMENT laundry

6. QUARTERS ASSIGNMENT D-4

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Request for Hispaid Kit if possible I dont have any coming in from the streets

Thank you

Anthony Pitre

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

See free kit
8/13/93

[] TO DC-14 CAR ONLY

[] TO DC-14 CAR AND DC-15 IRS

FORM: DC-135A

SCHUYLKILL COUNTY PRISON 7/29/87
COMMONWEALTH OF PENNSYLVANIA

DEPARTMENT OF CORRECTIONS

INMATE'S REQUEST TO STAFF MEMBER

INSTRUCTIONS

Complete items Number 1-7. If you follow instructions in preparing
your request, it can be disposed of more promptly and intelligently.

. TO: (NAME AND TITLE OF OFFICER)
1st Shift Supervicen

2. DATE
1/6/99

. BY: (INSTITUTIONAL NAME AND NUMBER)
michael Kline

4. COUNSELOR'S NAME
Joe

. WORK ASSIGNMENT
N/A

6. QUARTERS ASSIGNMENT
D-2

. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

can you please give all my House
Keys and the Rings Earings in The
safe To maureen waidick (Budda) she will
Be up Today For Them

Thank you Ever so much
michael Kline

DISPOSITION: (DO NOT WRITE IN THIS SPACE)

WSP
1.5.00

X

☐ TO DC-14 CAR ONLY          ☐ TO DC-14 CAR AND DC-15 IRS

FF MEMBER                                              DATE

FORM DC-135A

SCHUYLKILL COUNTY PRISON 7/29/87
**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF CORRECTIONS

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) WARDEN Britton | 2. DATE 12-27-99 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) ANThony M. KlinE O1C949 | 4. COUNSELOR'S NAME MIKE |
|---|---|

| 5. WORK ASSIGNMENT LAuNdry | 6. QUARTERS ASSIGNMENT D-12 |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

The glasses I'm wearing ar All SKatch up And
get mingran HEAdecks from Them. I would
likE To No if. I could gET A NEw pair
if iT's iN The Budget

think you

Anthony Kline

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

1/6/99 Neiw glasses given to inmate

K Coroto Re—

☐   TO DC-14 CAR ONLY                    ☐   TO DC-14 CAR AND DC-15 IRS

STAFF MEMBER                                              DATE

# EXHIBIT B

NOTICE OF BOARD DECISION
PBPP-15(6/96)

# COMMONWEALTH OF PENNSYLVANIA
## PENNA. BOARD OF PROBATION AND PAROLE

### DATE: 10/23/2000

CLIENT NAME: ANTHONY MICHAEL KLINE                                    PAROLE NO: 6317X
INSTITUTION: SCHUYLKILL COUNTY PRISON                          INSTITUTION NO: 10949

AS RECORDED ON 10/23/2000 THE BOARD OF PROBATION AND PAROLE RENDERED THE
FOLLOWING DECISION IN YOUR CASE:

FOLLOWING AN INTERVIEW AND REVIEW OF YOUR FILE, THE PENNSYLVANIA BOARD OF
PROBATION AND PAROLE HAS DETERMINED THAT THE FAIR ADMINISTRATION OF JUSTICE
CANNOT BE ACHIEVED THROUGH YOUR RELEASE ON PAROLE.  YOU ARE THEREFORE REFUSED
PAROLE AND ORDERED TO:

BE REVIEWED IN OR AFTER MARCH, 2002.

AT YOUR NEXT INTERVIEW, THE BOARD WILL REVIEW YOUR FILE AND CONSIDER:
WHETHER YOU HAVE PARTICIPATED IN A TREATMENT PROGRAM FOR:
SEX OFFENDERS.
WHETHER YOU HAVE RECEIVED A FAVORABLE RECOMMENDATION FOR PAROLE FROM THE
WARDEN OF THE COUNTY PRISON.
WHETHER YOU HAVE MAINTAINED A CLEAR CONDUCT RECORD AND COMPLETED THE COUNTY
PRISON'S PRESCRIBED PROGRAM(S).
WARDEN'S RECOMMENDATION REGARDING PAROLE MAY BE AVAILABLE AT TIME OF REVIEW.

*SLR 10-23-2000



WARDEN
MR. DAVID J. KURTZ
SCHUYLKILL COUNTY PRISON
SECOND & SANDERSON AVENUE
POTTSVILLE   PA      17901-0000

Kathleen Zwierzyna

KATHLEEN ZWIERZYNA
BOARD SECRETARY

8-4-00

Dr. Pamela Leib, M.D (628-3554)
office contacted 8-4-00 at
10:00 Am to conduct evaluation
on Anthony Kline for P. B. P. P.

Counselor

| Commonwealth of Pennsylvania<br>PBPP-245A (Revised 8/96)<br>Board of Probation and Parole | **Institutional Parole Summary** | | |
|---|---|---|---|
| **Name**<br><br>ANTHONY M. KLINE | **Institution No.**<br><br>10949 | **Parole No.**<br><br>6317X | **Institution**<br><br>S.C.P. |

**Act 14 of 1995 Notification - Check One**

☐    DNA sample material has been taken, please see DNA Sample Collection Tracking Form attached.

☐    Inmate not subject to Act 14 of 1995 requirements.

**I.**    **Program Involvement**

        NONE.

**II.**    **Institutional Job Assignment**      LAUNDRY WORKER JAN. 1999 TO JULY 2000.

**III.**    **Institutional Adjustment - Overall Conduct** (If any misconducts, specify by type - date - disposition.)

RESIDENT INCURRED MAJOR WRITE-UP POSSESSION OF TOBACCO IN A NON-SMOKING INSTITUTION RECEIVING 30 DAYS LOCK-UP AND LOSS OF JOB.

**IV.**    **Counselor's Evaluation and Recommendation**      COUNSELOR DEFERS MAKING ANY RECOMMENDATION AT TH[I]

TIME.   PSYCHOLOGICAL  EVALUATION HAS BEEN SCHEDULED.

**V.**    **Warden's Evaluation and Recommendation**

MR KLINE NEEDS TO BE SUPERVISED. HE IS EASIELY LED BY OTHERS.

_____        09 AUG 2000
Signature                           Date

The Parole Act at 61 P.S. Sec. 331.19, provides that: "The Board shall, in all cases, consider the recommendations of the trial judge and of the district attorney and of each warden or superintendent, as the case may be, who has had charge of an applicant, each of whom is directed to submit to the Board his recommendation and the reasons therefor, with respect to each parole application."

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

*CAPt*

### CONDUCT COMPLAINT

CASE NO: 2200

RESIDENT *Cell D12- Kline A.* DATE *7/22/00*

TIME *12:15*           TIME AND DATE
                       OF HEARING *07.26.00 @ 0930*

INCIDENT:

ON THE above daTe and Time C/o CONNERS Told RES. KLINE A.
THAT HE was going To check The laundry Room and THAT if he
had ANyThing, he was Told To geT Rid of iT. AT The Abour daTe
and Time C/o Dolan walked in The laundry Room and caughT
Res. Kline A. Trying To hide papers and Tobacco in The desk.
Res. Kline seen THAT he was caughT and handed everyThing
over with No problems

Class 1 Misconduct

(B 3)  PossEssion of or inTRoduction of conTRaband or implemenTs of Escape

(B 13) CONspiRacy To Escape, RioT or disRupT normal insTiTuTion RouTine
       THAT could ResulT in bodily injuRy To PERSONNEl or inmaTEs

(B 33) ViolaTion of AdminisTRaTive diRecTives noT specifically EnumeRaTed

COMPLAINING OFFICER *C/o Dolan*

RESIDENT WITNESSES:                STAFF WITNESSES:

1. _____                1. *C/o Conners*
2. _____                2. _____
3. _____                3. _____
4. _____                4. _____
5. _____                5. _____
6. _____                6. _____

# SCHUYLKILL COUNTY PRISON

## Pottsville, Pennsylvania

RESIDENT   ANTHONY KLINE

PRISON NO.

CASE NO: 2200

TIME: 9-30

DATE: 7/26/00

RESULTS OF HEARING:   BOARD:  LT. UHOLICK

CHAIRED:  COUNSELOR KRYJAK

| | |
|---|---|
| LT. FLANNERY: | READ CONDUCT REPORT TO BOARD & RES. KLINE. |
| KRYJAK: | IS THE REPORT TRUE AS STATED? |
| FLANNERY: | YES. |
| KRYJAK: | HOW DO YOU PLEA? |
| KLINE: | GUILTY. |
| KRYJAK: | DO YOU HAVE ANYTHING TO SAY? |
| KLINE: | I WASN'T HIDING IT.  I WAS GETTING RID OF IT. |

FINDING:  X  GUILTY  _____ NOT GUILTY

DISPOSITION:  GUILTY BY OWN ADMISSION.  LOSS OF JOB.  RETURN TO GENERAL POPULATION.

ATTENDED HEARING:

1.

2.

3.

4.

WARDEN'S SIGNATURE

FORM- DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

SCHUYLKILL COUNTY PRISON 7/29/87
**COMMONWEALTH OF PENNSYLVANIA**

DEPARTMENT OF CORRECTIONS

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

. TO: (NAME AND TITLE OF OFFICER)
1st shift supervisor

2. DATE
1/6/99

. BY: (INSTITUTIONAL NAME AND NUMBER)
Michael Kline

4. COUNSELOR'S NAME
Joe

. WORK ASSIGNMENT
N/A

6. QUARTERS ASSIGNMENT
D-2

. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

can you please give all my House keys and the Rings earings in The safe To maureen waidick (Budda) she will Be up Today For Them

Thank you Ever so much
Michael Kline

DISPOSITION: (DO NOT WRITE IN THIS SPACE)

W8L
1.5.00

☐ TO DC-14 CAR ONLY                    ☐ TO DC-14 CAR AND DC-15 IRS

AFF MEMBER                                          DATE

**Joseph B. Sheris, M.A.**
**Licensed Psychologist**
Registered Custody Evaluator
National Certified Counselor
Certified Clinical Mental Health Counselor

Hours by Appointment

450 North Claude A. Lord Blvd., Pottsville PA 17901-2706   Phone: (570) 622-1025                    Fax: 628-4344

December 14, 1999

Gene Berdenier
Deputy Warden
Schuylkill County Prison
Sanderson Street
Pottsville, PA 17901

re: Charles Carl & Anthony Kline

Dear Deputy Warden Berdenier,

As a follow up to our previous conversation on the above-mentioned inmates, I have met with both today. Mr. Kline was interviewed and given an assignment prior to acceptance back into the program. He accepted this and I agreed to return to talk and review it with him after the holidays. He was generally cooperative, but I would like to delay setting him up for release to the treatment group until I see some more willingness to work. He has been in group with me a number of times and he has a tendency not to follow through. Before we risk release, I would like him to demonstrate some effort which has always been his problem.

Mr. Carl was also interviewed for the same purpose. Unfortunately, he was not as cooperative. He became rather agitated with our discussion. Although he stated that he would be willing to "do anything," he refused to even take, let alone do, a reading and assignment I planned for him. The degree of cooperation and agitation suggests that problems could develop at this time. Currently, I do not see him as a good candidate for release of this nature and his willingness to participate productively in treatment continues to be seen as poor. I would be willing to re-interview him at a later date. Perhaps at a later time he may be more cooperative.

Thank you for you time. I will keep you advised. If you have any questions please feel free to contact me.

Sincerely yours,

Joseph Sheris, M.A., NCC, CCMHC
Licensed Psychologist

cc: Judge Domalakes

IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY—CRIMINAL

COMMONWEALTH OF PENNSYLVANIA     :     NO. 987-1997

           vs.                 :     *964-1997*

ANTHONY MICHAEL KLINE,          :
                    Defendant

Claude A.L. Shields, District Attorney - for the Commonwealth
Blair P. Warner, Esq. – Public Defender – for Defendant



## ORDER OF COURT

DOMALAKES, J.

     AND NOW, this 10th day of November, 1999, at *11:55 A* .m., a Rule to Show

Cause is hereby issued on the District Attorney to show cause why the Petition For

Furlough filed by Blair P. Warner, Esq. counsel for Defendant, should not be granted.

Rule Returnable *17 November 1999* .

BY THE COURT,

*Domalakes, J.* J.

CLERK OF COURTS OFFICE

'99 NOV 10 P 2:43

IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY—CRIMINAL

COMMONWEALTH OF PENNSYLVANIA        :NO.  987-1997

vs.

ANTHONY MICHAEL KLINE,
                    Defendant        :

Claude A.L. Shields, District Attorney – for the Commonwealth
Blair P. Warner, Esq. – Public Defender – for Defendant

ORDER OF COURT

DOMALAKES, J.

AND NOW, this ___10___ day of November, 1999, at __4:00 P__.m., the District

Attorney having agreed to the Petition for Furlough filed by Blair P. Warner, Esq., on

behalf of the Defendant, Anthony Michael Kline, requesting that the Defendant be

permitted to attend sex offender counseling every Tuesday from 10:30 a.m. to 12:00

p.m., said Petition for Furlough is GRANTED.  The Defendant shall be released to

attend said counseling sessions every Tuesday from 10:30 a.m. to 12:00 p.m.

BY THE COURT,

_____, J.

11·15·99
10:00AM·
DR. SHERIS NOTIFIED
OF KLINE, A. COURT
ORDER GRANTING RETURN
to Psych. classes.
No KNOWLEDGE by DR. SHERIS.
DR. SHERIS will REVIEW +
CALL SCP BACK W/EVALUATION.
DW. AB

# Psychological Associates

**Joseph B. Sheris, M.A.**
Licensed Psychologist
National Certified Counselor
Certified Clinical Mental Health Counselor

**Patricia Brownmiller, MA**
Licensed Psychologist
National Certified Counselor

450 North Claude A. Lord Blvd, Pottsville, PA 17901-2706   Phone: (717) 622-1025                    Fax: 628-4344

January 5, 1999

David Kurtz
Warden
Schuylkill County Prison
Sanderson St.
Pottsville, PA 17901

                                    RE:   Anthony Kline

Dear Warden Kurtz:

As you are aware Mr. Anthony Kline is housed in the Schuylkill County Prison and he has been ordered to be released from the Prison to attend sex offenders treatment at our program. Unfortunately, Mr. Kline's participation and productive use of the group has been limited.

A review of each members progress is conducted on a regular basis and I can find little improvement to note. The same concerns exist as in the last review. His prior episodes with us demonstrated a similar pattern. When we agree to allow Mr. Kline to return to the program, it was stipulated that he must participate and work within the group. He has failed to live up to his part of the bargain. Continuing him is the group does not appear to be producing much in terms of reducing his risk as result of this lack of commitment. His use of the program appears to be to attempt to show Parole that he is in treatment, but, in fact, he is not participating. Therefore, we are discharging him effective the date of this letter. He should not be released to attend.

A copy of this letter will serve to inform the Court and attorney of the decision. Thank you for your time and cooperation on this matter.

                                    Sincerely yours,

                                    Joseph Sheris, MA/NCC/CCMHC
                                    Licensed Psychologist

JS/lm
cc:   The Honorable John E. Domalakes
      Blair Warner, Esq.



Division of Hearing Officers
PA Board of Probation & Parole
1101 South Front Street  Suite 5300
Harrisburg, PA 17104-2519
Telephone: 717-787-7420  Fax: 717-772-4375

FAX TRANSMITTAL COVER SHEET

DATE:    July 13, 1999

TO:      Sylvia - Schuylkill County Prison
         Phone - 570-628-1456    Fax - 570-628-1015

FROM:    Darlene L. Shaffer
         Hearing Coordinator

pages + coversheet = 1 pages

COMMENTS:   I would like to add three interviews on Thursday, July 15ᵗʰ, starting at
1:15 PM. They are in the court room.  Kenneth Yoder; Anthony Kline and Kurtis
McKee.                                  Thanks!!!

                                        *AFTER  1:00  HEARING*

Please call if you have any questions.

| Commonwealth of Pennsylvania<br>PBPP-245A (Revised 8/96)<br>Board of Probation and Parole | **Institutional Parole Summary** | | |
|---|---|---|---|
| **Name**<br> MICHAEL ANTHONY KLINE | **Institution No.** | **Parole No.**<br>6317X | **Institution**<br>S.C.P. |

**Act 14 of 1995 Notification - Check One**

☐     DNA sample material has been taken, please see DNA Sample Collection Tracking Form attached.

☐     Inmate not subject to Act 14 of 1995 requirements.

**I.**     **Program Involvement**

NONE.

**II.**     **Institutional Job Assignment**

NONE

**III.**     **Institutional Adjustment - Overall Conduct** (If any misconducts, specify by type - date - disposition.)

RESIDENT ELECTED PC, NO INTERACTION WITH GENERAL POPULATION. NO MISCONDUCTS.

**IV.**     **Counselor's Evaluation and Recommendation**     PSYCHIATRIC EVALUATION REQUESTED. COUNSELOR DEFERS MAKING ANY RECOMMENDATION AT THIS TIME.

**V.**     **Warden's Evaluation and Recommendation**     WARDEN(ACTING) DEFERS RECOMMENDATION PENDING PSYCHIATRIC EVALUATION.

*Eugene H. Berdanier*     06-15-99

Signature                Date

EUGENE H. BERDANIER—ACTING/DEPUTY WARDEN
SCHUYLKILL COUNTY PRISON

The Parole Act at 61 P.S. Sec. 331.19, provides that: "The Board shall, in all cases, consider the recommendations of the trial judge and of the district attorney and of each warden or superintendent, as the case may be, who has had charge of an applicant, each of whom is directed to submit to the Board his recommendation and the reasons therefor, with respect to each parole application."

| Commonwealth of Pennsylvania<br>PBPP-245A (Revised 8/96)<br>Board of Probation and Parole | **Institutional Parole Summary** | | |
|---|---|---|---|
| **Name**<br><br>MICHAEL ANTHONY KLINE | **Institution No.** | **Parole No.**<br><br>6317 X | **Institution**<br><br>S.C.P. |

**Act 14 of 1995 Notification – Check One**

☑ DNA sample material has been taken, please see DNA Sample Collection Tracking Form attached.

☐ Inmate not subject to Act 14 of 1995 requirements.

I.    **Program Involvement**    RESIDENT REPORTS ATTENDING SEX OFFENDER CLASS FOR APPROXIMATELY 3 MONTHS, BUT WAS THEN ASKED NOT TO RETURN.

II.    **Institutional Job Assignment**        NONE.

III.    **Institutional Adjustment – Overall Conduct** (If any misconducts, specify by type - date - disposition.)

ADEQUATE INSTITUTIONAL ADJUSTMENT.

IV.    **Counselor's Evaluation and Recommendation**    NOT BEING AFFORDED A REVIEW OF RESIDENT'S PROGRESS WHILE ATTENDING SEX OFFENDER CLASSES, COUNSELOR DEFERS MAKING ANY RECOMMENDATION AT THIS TIME.

V.    **Warden's Evaluation and Recommendation**    Parole is not recommended.

_David J. Kurtz_                    2/17/99
Signature                            Date

The Parole Act at 61 P.S. Sec. 331.19, provides that: "The Board shall, in all cases, consider the recommendations of the trial judge and of the district attorney and of each warden or superintendent, as the case may be, who has had charge of an applicant, each of whom is directed to submit to the Board his recommendation and the reasons therefor, with respect to each parole application."

SR. KLINE, Anthony M. #10949

## SCHUYLKILL COUNTY PRISON — RECORDS CARD

| | |
|---|---|
| Date Committed  6/14/98  (12/29/98) | Date of Sentence  12/29/98 |
| O.T.N. No.    F 306552-1 | Effective Date  12/29/98 |
| Magistrate | Credit Time |
| Prosecutor  E. Terefencko - PTLM  Potts. PD. | Court Sentence   48 hrs. - 12 mos. |
| Crime    DUI | cc w/984-97 |
| | Judge    Stine |
| | O.T.N. No.  F 306552-1 |
| | Session No.   2838-98 |
| Bail | Minimum Sentence Expires  12/31/98 |
| Age   46 | Maximum Sentence Expires  12/29/99 |
| D.O.B.   7/25/52 | |
| S.S. No.   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 | ½ Minimum |
| Marital Status   D | Date Paroled  12.29.99  DME |
| Bail Posted Date | |
| Total Time Served | Time Served |

|  | Yrs. | Mos. | Days |
|---|---|---|---|
|  |  | 12 |  |

| | Last | First | M.I. | | Prison No. |
|---|---|---|---|---|---|
| Name | | | | Address  303 Laurel Blvd., Pottsville, P |

## COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY--CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA       :    No. __2838__ 19_98_ OTN: F306552-1

          vs.                      :    Charge(s) Count No. _Driving_Under_the_Influence_

                             : 

ANTHONY MICHAEL KLINE SR      : 

        Defendant            : 

                             :    Date of Offense: _05/24/98_

                             :    Prosecutor: _Ptlm Edward Terefencko_

### ORDER OF COURT (DUI)

AND NOW, this _29th_ day of _December_ 19_98_, the Court:

( )   accepts the defendant into the **FAST TRACK** A.R.D. Program and is placed on supervision for ............... months.

( )   accepts the defendant into the **STANDARD** A.R.D. Program and is placed on supervision for ............... months.

XX)   allows the defendant to withdraw the prior plea of not guilty and accepts the plea of guilty and/or recognizes the conviction and sentences the defendant to undergo imprisonment in the Schuylkill County Prison for the following period:

     ( X )   not less than _48 hours_, nor more than _12 months_.

     ( X )   This sentence shall be effective this date asxxxxxxxxxxxxxxxxxxx.

     ( )   Upon completion of the minimum sentence to be granted immediate parole.

     ( )   In lieu of this imprisonment, defendant is to be confined at home with electronic monitoring set up by the Adult Probation Department and pay any fees associated with the program.

     ( )   The sentence(s) on any additional charge(s) will be:

     ( X )   The preceding sentence(s) shall be concurrent with the sentence(s) imposed at Criminal Action No. _984 of 1997_

     ( )   This sentence shall commence at the expiration of the sentence(s) imposed at Criminal Action No. ............... and shall be consecutive to that sentence(s).

     ( )   Defendant may immediately participate in the Work Release Program at the Schuylkill County Prison if defendant otherwise qualifies.

     ( )   The defendant shall enter into and complete inpatient treatment at a facility located at ...............

         ( )   with credit given for all time served at the facility.

The defendant shall also:

(1)   Pay the costs of prosecution;

(2)   Pay the supervision fee mandated by Act 35 of 1991 in the amount of $25.00 per month;

(3)   **PLEA/CONVICTION:** Pay a fine of $_510.00_ and undergo the mandated one year suspension of driving privileges effective _today_.

4   **A.R.D.:** Pay the sum of $.................... to defray the cost of the A.R.D. Program with the monies to be distributed in accordance with 42 Pa. C.S.A. Sections 3571 and 3573 and undergo suspension of motor vehicle operating privileges absolutely for a period of:

     **FAST TRACK :** ( )   3 months

                     ( )   1 month and 5 months respected to between home and business/employment or medical facility

     **STANDARD :** ( )   4 months

     Driver's license to be surrendered to authorities on ...............

5   Pay restitution for the injured party in the amount of $...............;

(6)   Complete other requirements or treatment as deemed necessary by the Court or the Schuylkill County Adult Probation office with approval by the Court.

7.   The disposition of any summary charges set forth above will be by the appropriate District Justice but are deferred until defendant's successful completion of the A.R.D. Program for the non-summary charge(s).

(8)   Enroll in and successfully complete the Alcohol Highway Safety School operated by the Good Samaritan Hospital Alcohol and Drug Program and pay the required fee for such program; and program of outpatient treatment.

(9)   Make payment of all costs of prosecution, A.R.D. assessments/fees, plea/conviction fines, surcharges and restitution in accordance with a payment schedule as established by the Adult Probation Department and/or the Schuylkill County Collection Bureau.

This is a case:

( )   in which the vehicle driven by the defendant was a commercial one.

( )   Other special conditions and/or **NOL PROS:**

Com Atty   _O'Pake_

Def Atty   _Warner_

Steno    _Hart_

                                    BY THE COURT,

                                    D. Michael Stine          J.

Clerk of Courts         jk

COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY--CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA

vs.

ANTHONY MICHAEL KLINE SR
Defendant

No. ...2838.... 19..98. OTN: F306552-1

Charge(s) Count No. Driving Under the Influence
....................................................................................
....................................................................................
....................................................................................

Date of Offense: ..05/24/98.........................
Prosecutor: Ptlm Edward Terefencko

## ORDER OF COURT (DUI)

AND NOW, this ...29th......... day of ......December........................... 19..98. the Court:

( )  accepts the defendant into the **FAST TRACK** A.R.D. Program and is placed on supervision for ............... months.

( )  accepts the defendant into the **STANDARD** A.R.D. Program and is placed on supervision for ............... months.

XX)  allows the defendant to withdraw the prior plea of not guilty and accepts the plea of guilty and/or recognizes the conviction and sentences the defendant to undergo imprisonment in the Schuylkill County Prison for the following period:

  (X)  not less than .........48 hours........., nor more than .....12 months....... .
  (X)  This sentence shall be effective this date xxxxxxxxxxxxxxxxxxxxx .
  ( )  Upon completion of the minimum sentence be granted immediate parole.
  ( )  In lieu of this imprisonment, defendant is to be confined at home with electronic monitoring set up by the Adult Probation Department and pay any fees associated with the program.
  ( )  The sentence(s) on any additional charge(s) will be:

  ..........................................................................................................................
  ..........................................................................................................................
  ..........................................................................................................................
  ..........................................................................................................................

  (X)  The preceding sentence(s) shall be concurrent with the sentence(s) imposed at Criminal Action No. 984 of 1997
  ( )  This sentence shall commence at the expiration of the sentence(s) imposed at Criminal Action No. ..................
         and shall be consecutive to that sentence(s).
  ( )  Defendant may immediately participate in the Work Release Program at the Schuylkill County Prison if defendant otherwise qualifies.
  ( )  The defendant shall enter into and complete inpatient treatment at a facility located at ..........................
         ( )  with credit given for all time served at the facility.

The defendant shall also:
(1)  Pay the costs of prosecution;
(2)  Pay the supervision fee mandated by Act 35 of 1991 in the amount of $25.00 per month;
(3)  **PLEA/CONVICTION:** Pay a fine of $510.00 and undergo the mandated one year suspension of driving privileges effective ......today....... .
4    **A.R.D.:** Pay the sum of $................................. to defray the cost of the A.R.D. Program with the monies to be distributed in accordance with 42 Pa. C.S.A. Sections 3571 and 3573 and undergo suspension of motor vehicle operating privileges absolutely for a period of:
         **FAST TRACK :** ( )  3 months
                         ( )  1 month and 5 months respected to between home and business/employment or medical facility
         **STANDARD :** ( )  4 months
         Driver's license to be surrendered to authorities on ...................................... .
5    Pay restitution for the injured party in the amount of $........................................;
(6)  Complete other requirements or treatment as deemed necessary by the Court or the Schuylkill County Adult Probation office with approval by the Court.
7    The disposition of any summary charges set forth above will be by the appropriate District Justice but are deferred until defendant's successful completion of the A.R.D. Program for the non-summary charge(s).
(8)  Enroll in and successfully complete the Alcohol Highway Safety School operated by the Good Samaritan Hospital Alcohol and Drug Program and pay the required fee for such program; and program of outpatient treatment.
(9)  Make payment of all costs of prosecution, A.R.D. assessments/fees, plea/conviction fines, surcharges and restitution in accordance with a payment schedule as established by the Adult Probation Department and/or the Schuylkill County Collection Bureau

This is a case:
( )  in which the vehicle driven by the defendant was a commercial one.
( )  Other special conditions and/or **NOL PROS:**

.........................................................................................................................
.........................................................................................................................

Com Atty  O'Pake
Def Atty  Warner
Steno  Hart

Clerk of Courts          18

BY THE COURT,

D. Michael Stine          J.

## SCHUYLKILL COUNTY PRISON
## ACCIDENT/INCIDENT REPORT
(Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date _12-1-98_                Person reporting _Wajil_

Time _9:40 A.M._              Shift Supervisor _____

Name of individual report is about _Res. Kline, A. - Counseling Class_

Witness _____        Witness _____

INCIDENT:

At this time, I tried to contact Dr. Sheris's office to confirm Res. Kline's counseling class. I reached an answering machine and left a message. At 10:00 c/o Mandinsky called and also reached an answering machine.
(622-1025)

Action taken/Disposition

Res. Kline, A. not allowed to leave for class.

10:20 Supv. Wapinsky reported that Dr. office called sep verifying A. Kline's attendance. A. Kline, once appt. was verified, was permitted to go to counseling.

Date _12-1-98_                Warden _B. Wanin_

Schuylkill County Prison
230 Sanderson Street
Pottsville PA 17901-1758                Accident/Incident Report 9/95

Individual report is about _____

## SCHUYLKILL COUNTY PRISON
## ACCIDENT/INCIDENT REPORT
(Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date _10-6-98_          Person reporting _Wsif_

Time _10:00 A.M._       Shift Supervisor _____

Name of individual report is about _Res. Kline, Anthony_

Witness _____   Witness _____

INCIDENT: At this time, Res. Kline was allowed to go to his sex counseling class. Resident arrived at Dr. Sheris's office at 10:10 A.M.. Resident stated he walked to this appointment. At 12:00 P.M., Dr. Sheris's office called and stated that Res. Kline was returning to SCP. At 12:04 P.M. Res. Kline returned to SCP. Resident was asked how he got back to the jail. He stated that Don Laub gave him a ride back. Resident requested that W/R Resident Lindenmuth be able to give him a ride from now on.

Action taken/Disposition

All information was forwarded to DW Berdanier.

Date _10·6·98_          Dep.
                        Warden _Berdanier_

w/R Lindenmuth refused to transport Res. Kline, A. to counseling for various personal reasons (Liability, Association, jeopardy of work release status, etc.) witness was w/2/A Morgan. Per Warden SCP is to release A. Kline for counseling + how he gets there is his choice - No clear court orders, no clarification attempted.

Schuylkill County Prison
230 Sanderson Street
Pottsville PA 17901-1758

Accident/Incident Report 9/95

Individual report is about _Res. Kline, Anthony_

**SCHUYLKILL COUNTY PRISON**
**ACCIDENT/INCIDENT REPORT**
(Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date _11-3-98_          Person reporting _Wrj P_

Time _10:00 A.M._         Shift Supervisor _____

Name of individual report is about _Res. Kline, A. & w/k Res. Lindermuth, R._

Witness _____          Witness _____
                         (622-1025)

INCIDENT:

At this time, I called Dr. Sheris's office to confirm the counseling class for the above Residents. Nobody Answered & a message was left. At 10:15 A.M., a second call was made and again there was NO ANSWER.

At 10:35 Sheris called back & confirmed that class was being held. W/k Lindermuth allowed to go.

Action taken/Disposition _Kline was_
Resident not allowed to attend this class. He was already changed back to his Uniform & Date _sent back to E BLOCK._ Warden _Berdanin_
_11-4-98_              Dep.

Schuylkill County Prison
230 Sanderson Street          Accident/Incident Report 9/95
Pottsville PA 17901-1758

Individual report is about _Sex Counseling Class_

JPD 044

# BODY RECEIPT

# SCHUYLKILL COUNTY PRISON
# POTTSVILLE, PENNA. 17901

Date _10-7-98_    Time _10 45 AM_

RECEIVED FROM SIGNATURE

_Grant Yoder_

PRINTED _Grant Yoder_

TITLE _F/m._

DEPARTMENT _Pottsville_

PRISONER(S)    KLINE  ANTHONY    OTN _____

CHARGE(S):    OUT  TO  MAG  HEAR  RTN _____

HEARING DATE:    10-7-98

BAIL:

SENTENCE:

FINE & COSTS:

MAGISTRATE:    REILLY

MISC.:

HEALTH:

CONFINEMENT PAPERS    ☐ TO DETAINER    ☐ TO COURT WRIT—ATA    OTHER (MONEY)

RECEIVED BY -- SIGNATURE _C/o H Tachi_    TITLE _C/o_

**‗E, ADDRESS & JURISDICTION OF ISSUING AUTHORITY**

**JAMES K. REILEY**
**DISTRICT COURT #21-3-07**
**200 NORTH CENTRE STREET**
**POTTSVILLE, PA 17901**
**(717) 622-9181**



**Commonwealth of Pennsylvania**

COUNTY OF SCHUYLKILL

VS.

DEFENDANT: *(Name and Address)*

Date: 10/7/98

Initiating Number

Docket Number TR-1591-97

KLINE, ANTHONY M.
809 CLARENCE STREET
POTTSVILLE, PA 17901

Charges: REQUIRED FINANCIAL RESPONSIBILITY
Affiant: DEWALD, P.P.D.
Bail:

## COMMITMENT

To any Constable, Police Officer of the above named County of the Commonwealth or to the Keeper of the Common Jail,
GREETING:

You are hereby commanded to forthwith convey and deliver into the custody of the Keeper of the Common Jail the
above named defendant and the said Keeper is required to receive the defendant into your custody to be safely kept by
you until discharged by due course of law or for:

☐ Summary conviction; a period of _____ days. Fine and Costs $ _____
☒ A period of __5__ days. Fine & Costs $ *191.00*
☐ A hearing at _____ M., on _____, 19 _____
☐ A further hearing
☐ The next term of court. Bail $ _____
☐ C. P. Trial
☐ Other

Witness my hand and seal

This __7__ day of *October*, 19 *98*.

*James K. Reiley*

Issuing Authority

KLINE, ANTHONY M. #10949

## SCHUYLKILL COUNTY PRISON — RECORDS CARD

| | |
|---|---|
| Date Committed | 8/27/97    6/14/98 |
| O.T.N. No. | E 862 361-3  * 984- 97 |
| Magistrate | MORAN |
| Prosecutor | PTLM MORRIS, POTTSVILLE |
| Crime | INCEST (3), INDECENT A (4), CORR OF MINORS, INVOL DEV SEXUAL INTERC |
| Bail | $20,000. |
| Age | 45 |
| D.O.B. | 7/25/52 |
| S.S. No. | 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 |
| Marital Status | D |
| Bail Posted Date | 9/23/97 ROR |
| Total Time Served | -28 Days |

| | |
|---|---|
| Date of Sentence | 6/10/98 |
| Effective Date | 5/17/98  (6/14/98) |
| Credit Time | 28 days |
| Court Sentence | 11½mos.-60mos (less 1 day) 3mos.-23½mos (CC) |
| Judge Domalakes | |
| O.T.N. No. | E 862 361-3 |
| Session No. | 984-97    PBPP |
| Minimum Sentence Expires | 5/2/99 |
| Maximum Sentence Expires | 5/16/2003 |
| ½ Minimum | |
| Date Paroled | |
| Time Served | ......... Yrs. ......... Mos. ......... Days |

Prison No.

Address 303 LAUREL BLVD. POTTSVILLE, PA.

| | | |
|---|---|---|
| Name | | |
| Last | First | M.I. |

# SCHUYLKILL COUNTY PRISON
## ACCIDENT/INCIDENT REPORT
### (Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date _9-8-98_                    Person reporting _Wif_

Time _10:00 A.M._               Shift Supervisor _____

Name of individual report is about _Res. Kline, Anthony_

Witness _____    Witness _____

INCIDENT:

At this time, the above resident was scheduled to attend sex offender classes. This resident didn't have any clothes to wear. Resident was offered another resident's clothes but refused because they were too big. Warden notified.

Action taken/Disposition

Warden instructed counselor to call Blair Warner with this problem. Kline sent back to cell.

Date _9·8·98_                   Dep. Warden _Beißmier_

Schuylkill County Prison
230 Sanderson Street                 Accident/Incident Report 9/95
Pottsville PA 17901-1758

Individual report is about _Res. Kline, Anthony_

97-984

IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY--CRIMINAL

COMMONWEALTH OF PENNSYLVANIA        :        NO.   987-1997

                    vs.                        :

ANTHONY MICHAEL KLINE,                         :
                    Defendant



Stephen L. Lukach Jr
Clerk of Courts
Per _____

Claude A.L. Shields, District Attorney - for the Commonwealth
Public Defender's Office - for the Defendant
Warden Kurtz - Schuylkill County Prison

ORDER OF COURT

DOMALAKES, J.

        AND NOW, this 4th day of September, 1998, at 11:00 a.m., it is directed that

Anthony Michael Kline, an inmate of the Schuylkill County Prison shall be allowed to

attend sex offender counseling with Joseph B. Sheris, Licensed Psychologist, at 450 N.

Claude A.L. Blvd., Pottsville, Pennsylvania, every Tuesday from 10:30 a.m. to 12:00

noon, beginning **Tuesday, September 8, 1998**.

CLERK OF COURTS OFFICE

1998 SEP -9 A 11: 19

                                BY THE COURT,

                                Domalakes, J.                    J.

# OFFICE OF THE PUBLIC DEFENDER
## OF SCHUYLKILL COUNTY

**Public Defenders**
Harry A. Rubright, Esq.
Anthony J. Urban, Esq.
Joseph P. Semasek, Esq.
Blair P. Warner, Esq.
Paul Domalakes, Esq.
Stephen J. Bushinski, Esq.
Karen Domalakes, Esq.
Michael J. O'Connor, Esq.

*120 S. Claude A. Lord Blvd.*
*Pottsville, Pennsylvania 17901-3602*

*Telephone 717-628-2420 thru 628-2423*
*Fax 628-2427*

*Investigators*
Ronald G. Sverchek
Pam Jones
Louise Howells

August 23, 1998

Warden David Kurtz
County Prison
Pottsville, PA  17901

RE:   Anthony Kline
      No. 984-1997

Dear Warden Kurtz:

When Anthony Kline was sentenced on June 10, 1998, Judge Domalakes ordered that he attend sex offender's counseling (see attached sentencing order).

I am requesting that you release Mr. Kline every Tuesday morning so that he may attend the sex offender's counseling session run by Joseph Sheris in Pottsville from 10:30 a.m. to 12:00 noon.

*Office of the Public Defender
of Schuylkill County*
August 23, 1998

Thank you for your attention to this matter.

Sincerely,

Blair P. Warner, Esq.
Public Defender

BPW:c

cc:    The Honorable John E. Domalakes
       Mr. Anthony Kline
       Mr. Joseph Sheris

Encl.

2

SCHUYLKILL COUNTY, ss:

COMMONWEALTH

vs.

............ Anthony Michael Kline ............

............................................................

............................................................

In the Court of Common Pleas - Criminal

of Schuylkill County

OTN ____ E862361-3 ____ Case Number __984__ , 19 __97__

Defendant being ............ **Sentenced (Guilty Plea April 29, 1998)** ............

OF ............ **Corruption of Minors; Indecent Assault** ............

NOW, ............ June 10 ............ 19 __98__ ,

After pleading guilty April 29, 1998, the defendant is hereby sentenced:

CORRUPTION OF MINORS: Defendant shall pay the costs of prosecution and a fine of $500.00. He shall undergo confinement in the Schuylkill County Prison for a period of not less than 11½ months nor more than 60 months minus 1 day. Defendant shall receive credit for time served. EFFECTIVE DATE OF SENTENCE June 14, 1998 at 6 p.m.

INDECENT ASSAULT: not less than 3 months nor more than 23½ months concurrent with Corruption of Minors.

CONDITIONS: Defendant shall attend sex offender's counseling. He shall have no unsupervised contact with minor children.

Defendant shall be granted work release if otherwise qualified.

By the Court,

John E. Domalakes, J.



RECEIVED

JUN 10 1998

OFFICE OF THE
PUBLIC DEFENDER

COMM:    Caravan

DEFT:    Warner

STENO:   Grube

Certified from Record

............ CLERK OF COURTS ............

'D 044

# BODY RECEIPT

# SCHUYLKILL COUNTY PRISON
# POTTSVILLE, PENNA. 17901

8-18-98    Time  2:00 PM

IVED FROM SIGNATURE

~i R. MORRIN JR.

| TITLE | DEPARTMENT |
|---|---|
| PTCM | POTTSVILLE P.D |

SONER(S)    KLINE, ANTHONY SR.                    OTN _____

ARGE(S):        DUI    OUT TO MAG HEAR. RTN 3:25

RING DATE:

.:

TENCE:

& COSTS:

ISTRATE:

.:

LTH:

| NFINEMENT PAPERS | ☐ TO DETAINER | ☐ TO COURT WRIT—ATA | OTHER (MONEY) |
|---|---|---|---|
| VED BY -- SIGNATURE  C/O H Falchi | TITLE  10 | | |

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: **SCHUYLKILL**

# COMMITMENT

**COMMONWEALTH OF**

**PENNSYLVANIA**

**VS.**

Mag. Dist. No.:
**21-3-02**

DJ Name: Hon.
**CHARLES V. MORAN**
Address: **2276 W. MARKET STREET**
**POTTSVILLE, PA**

Telephone: (717) 622-4050     17901-0000

DEFENDANT: NAME and ADDRESS
**KLINE, SR, ANTHONY MICHAEL**
**305 LAUREL BLVD**
**POTTSVILLE, PA 17901**

**SCHUYLKILL CTY PRIS**
**2ND & SANDERSON STREETS**
**POTTSVILLE, PA 17901**

Docket No.: **TR-0000966-98**
Date Filed:    6/01/98



Charge(s):

**75 §1543 §§A DRIV WHILE OPER PRIV SUSP OR REVOKED**

To ANY AUTHORIZED PERSON of the above named County of this Commonwealth:

You are hereby commanded to convey and deliver into the custody of the Keeper of the county prison the above named defendant. You, the Keeper are required to receive the defendant into your custody to be safely kept by you until discharged by due course of law for:

[X] A PERIOD OF __6__ DAYS UNTIL _____ **8/23/98** _____

[ ] A HEARING AT

| Date: | Place: |
|---|---|
| Time: | |

[ ] A FURTHER HEARING

| Date: | Place: |
|---|---|
| Time: | |

[ ] COMMON PLEAS COURT ACTION

[ ] OTHER: _____

CURRENT AMOUNT OF BAIL: _____

COMMITMENT REASON: __**SENTENCED TO JAIL**_____

Witness my hand and official seal this __ day of _____, 19 **98**

**8/18/98** Date _____, District Justice

My commission expires first Monday of January, **2000**.        **SEAL**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: **SCHUYLKILL**

**COMMITMENT**

**COMMONWEALTH OF**

**PENNSYLVANIA**

Mag. Dist. No.:
**21-3-02**

DJ Name: Hon.
**CHARLES V. MORAN**
Address: **2276 W. MARKET STREET**
**POTTSVILLE, PA**

Telephone: **(717) 622-4050     17901-0000**

**Server**

**VS.**

DEFENDANT:         NAME and ADDRESS
**KLINE, SR, ANTHONY MICHAEL**
**305 LAUREL BLVD**
**POTTSVILLE, PA 17901**



Docket No.: **TR-0000966-98**
Date Filed:     **6/01/98**

Charge(s):

75 **§1543 §§A DRIV WHILE OPER PRIV SUSP OR REVOKED**

To ANY AUTHORIZED PERSON of the above named County of this Commonwealth:

You are hereby commanded to convey and deliver into the custody of the Keeper of the county prison the above named defendant. You, the Keeper are required to receive the defendant into your custody to be safely kept by you until discharged by due course of law for:

[X] A PERIOD OF __6__ DAYS UNTIL _____**8/23/98**_____

[ ] A HEARING AT

| Date: | Place: |
|---|---|
| Time: | |

[ ] A FURTHER HEARING

| Date: | Place: |
|---|---|
| Time: | |

[ ] COMMON PLEAS COURT ACTION

[ ] OTHER: _____

CURRENT AMOUNT OF BAIL: _____

COMMITMENT REASON: __**SENTENCED TO JAIL**__

Witness my hand and official seal this __18__ day of ____**Aug**____ ,19 **98**

__8/18/98__ Date _____ , District Justice

My commission expires first Monday of January, **2000** .          **SEAL**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: **SCHUYLKILL**

**RECOMMITMENT**

Mag. Dist. No.:
**21-3-02**

DJ Name: Hon.
**CHARLES V. MORAN**
Address: **2276 W. MARKET STREET**
**POTTSVILLE, PA**
**17901-0000**

Telephone: **(717) 622-4050**

**COMMONWEALTH OF**

**PENNSYLVANIA**

**VS.**

DEFENDANT:          NAME and ADDRESS

*Anthony Kline Sr.*

Docket No.: *CR 206-98*
Date Filed: *6/1/98*

Charge(s):

*DUI*

To ANY AUTHORIZED PERSON of the above named County of this Commonwealth:

You are hereby commanded to convey and deliver into the custody of the Keeper of the county prison the above named defendant. You, the Keeper are required to receive the defendant into your custody to be safely kept by you until discharged by due course of law for:

☐ A PERIOD OF ____ DAYS UNTIL _____

☐ A HEARING AT

| Date: | Place: |
|-------|--------|
| Time: | |

☐ A FURTHER HEARING

| Date: | Place: |
|-------|--------|
| Time: | |

☐ COMMON PLEAS COURT ACTION

☐ OTHER: _____

CURRENT AMOUNT OF BAIL: _____

COMMITMENT REASON: _____

Witness my hand and official seal this *18th* day of *August*, 19 *98*.

*8-18-98* Date: _____, District Justice

My commission expires first Monday of January, **2000**.          **SEAL**

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF: **SCHUYLKILL**

**RECOMMITMENT**

**COMMONWEALTH OF**

**PENNSYLVANIA**

Mag. Dist. No.:
**21-3-02**

DJ Name: Hon.
**CHARLES V. MORAN**
Address: **2276 W. MARKET STREET**
**POTTSVILLE, PA**
**17901-0000**

Telephone: **(717) 622-4050**

**VS.**
NAME and ADDRESS

DEFENDANT:

*Anthony Kline Sr.*

Docket No.: *CR 206-98*
Date Filed: *6/1/98*

Charge(s):

*DUI*

To ANY AUTHORIZED PERSON of the above named County of this Commonwealth:

You are hereby commanded to convey and deliver into the custody of the Keeper of the county prison the above named defendant. You, the Keeper are required to receive the defendant into your custody to be safely kept by you until discharged by due course of law for:

☐ A PERIOD OF ____ DAYS UNTIL _____

☐ A HEARING AT

| Date: | Place: |
|-------|--------|
| Time: |        |

☐ A FURTHER HEARING

| Date: | Place: |
|-------|--------|
| Time: |        |

☐ COMMON PLEAS COURT ACTION

☐ OTHER: _____

CURRENT AMOUNT OF BAIL: _____

COMMITMENT REASON: _____

Witness my hand and official seal this *10th* day of *August*, 19*98*

*8-18-98* Date: _____ , District Justice

My commission expires first Monday of January, **2000**.      SEAL

AOPC 614-97

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: **SCHUYLKILL**

**RELEASE OF PRISONER**

Mag. Dist. No.:
**21-3-02**

DJ Name: Hon.
**CHARLES V. MORAN**
Address: **2276 W. MARKET STREET**
**POTTSVILLE, PA**
**17901-0000**

Telephone: (717) 622-4050

**COMMONWEALTH OF**

**PENNSYLVANIA**

**VS.**
NAME and ADDRESS

DEFENDANT:

*Anthony Kline Sr.*

Docket No.: *CR 306-98*
Date Filed: *5/1/98*

Charge(s):

*DUI*

To the Keeper of _*Schuylkill*_ Prison in said County

You are hereby commanded to release the above named Defendant, if detained for no other cause than that mentioned in the attached commitment or other detainer of record. I hereby certify that this case has not been returned to court.

REASON FOR DISCHARGE:

☐ Hearing to be held at:

| Date: *8/18/98* | Place: |
|---|---|
| Time: *1:15 pm* | *2276 W. Market St* |

☐ Not Guilty of a Summary Offense

☐ Court Case Dismissed

☐ Charges withdrawn by Prosecution

☐ Other _____

_____

☐ Bail Posted. I hereby certify that the bail posted fully satisfies the monetary conditions set.

Witness my hand and official seal at my office *2276 W. Market St, Pottsville*

this *18th* day of *August*, 19 *98*

*8-18-98* Date _____, District Justice

My commission expires first Monday of January, **2000**.                    **SEAL**

COMMONWEALTH PENNSYLVANIA
BOARD OF PROBATION AND PAROLE
PBPP 102 (5/85)

# INITIAL SENTENCE STATUS REPORT
(INSTRUCTIONS ON REVERSE SIDE)

PAROLE NO.: 

DATE: 

PRISON OR INSTITUTION

SCHUYLKILL COUNTY PRISON

IF RECEIVED BY TRANSFER, NAME, INSTITUTION FROM WHICH RECVD.

COMMITMENT NAME

KLINE, ANTHONY MICHAEL

TRUE NAME

ALIASES

| CASE NUMBER AT INSTITUTION | DATE OF BIRTH | RACE (CHECK ONE) | SEX (CHECK ONE) |
|---|---|---|---|
| 10949 | 07/25/52 | WHITE ☐ NEGRO ☒ OTHER ☐ | MALE ☒ FEMALE ☐ |

SOCIAL SECURITY NO.

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

S.I.D. NO. (B.C.I. NO.)

PROSECUTING POLICE DEPARTMENT

Pottsville PD

DATE OF RECEPTION    06/14/98

| DATE OF SENTENCE | COUNTY | COURT, INDICTMENT NUMBER, TERM | TYPE SENT | MINIMUM Y | MINIMUM M | MAXIMUM Y | MAXIMUM M | JUDGE | OFFENSE |
|---|---|---|---|---|---|---|---|---|---|
| A 06/10/98 | SCH.CO. | 984-97 | M/M | | 11½ | | 60* less 1day | DOMALAKES | Corruption o Minors, Ind. Assault |
| B | | | | | | | | | |
| C | | | | | | | | | |
| D | | | | | | | | | |
| E | | | | | | | | | |

COMMITMENT CREDIT  28 Days

TOTAL SENTENCE        11½        60* less

ESCAPE TIME

EFFECTIVE DATE    05/17/98     MINIMUM DATE    05/02/99      1 day     MAXIMUM DATE    05/16/2003

EFFECTIVE DATE     MINIMUM DATE     MAXIMUM DATE

EFFECTIVE DATE     MINIMUM DATE     MAXIMUM DATE

DELINQUENT TIME     EFFECTIVE DATE (P.V.)     BACKTIME IF P.V.     P.V. MAX DATE

## DETAINERS

| DATED | FROM (INCL. ADDRESS) | CHARGING | INDICT.-WARRANT | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

COMMENTS:
Defendant shall attend sex offender's counseling.  He shall
have no unsupervised contact with minor children.

SIGNATURE

*Eugene H. Berdanier*

TITLE

DEPUTY WARDEN
SCHUYLKILL COUNTY PRISON

SCHUYLKILL COUNTY PRISON
ACCIDENT/INCIDENT REPORT
(Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date  7-7-98                          Person reporting  Rjd

Time  Approx. 5:30 P.M.               Shift Supervisor

Name of individual report is about  KLINE, A

Witness                              Witness

INCIDENT:  ON ABOVE DATE & TIME ABOVE RES. ASKED TO GO BACK
TO E·BLOCK in P.C. (PROTECTIVE CUSTODY). KLINE STATED THAT
C-RES(S) Polusky, E & KEELS, E  Assaulted him, Polusky hit
him & KNOCKED him down And KEELS THREW AN APPLE off his
head, causing it to explode.

Action taken/Disposition

Date                                 Warden

Schuylkill County Prison
230 Sanderson Street                 Accident/Incident Report 9/95
Pottsville PA 17901-1758

Individual report is about  KLINE, A

SP 4-244 (9-96)

PENNSYLVANIA STATE POLICE
# DNA SAMPLE COLLECTION TRACKING SHEET

This form is to be retained in the offender's file of commitment papers and attached to the Reclassification Summary, Form DC 13A, or the Institution Parole Summary, Form PB245A.

This form originates at the time of sentencing and should follow the inmate.

The purpose of the form is to prevent duplication of DNA sample collection and to ensure that a sample is collected prior to release.

## THE FACILITY WHERE THE SENTENCE IS TO OCCUR IS RESPONSIBLE FOR THE COLLECTION OF THE DNA SAMPLE.

INMATE NAME: _KLINE, ANTHONY_ SID NUMBER: _____

DATE OF BIRTH: _7-25-52_ SEX: _M_ RACE: _WHITE_

OTN/JOTN: _E 862 361-3_

FACILITY OBTAINING SAMPLE: _SCHUYLKILL COUNTY PRISON_
_2ND + SANDERSON ST_
_POTTSVILLE PA 17901_

SAMPLE DRAWN BY: _Nick Demopulos_ DATE: _6-17-98_

## ***A DNA SAMPLE IS TO BE OBTAINED PRIOR TO THE INMATE'S RELEASE***

BP-6-241 (9-90)

# DNA DATABASE SAMPLE INVENTORY AND RECEIPT

**PENNSYLVANIA STATE POLICE**
**DNA DATABASE LABORATORY**
**80 N. Westmoreland Avenue**
**Greensburg, PA 15601-2648**

Correctional Facility: _SCHUYLKILL COUNTY PRISON_

Contact Individual: _WARDEN DAVID J. KURTZ_

Address: _2ND & SANDERSON STREETS    POTTSVILLE PA 17961_

Telephone Number: _(717) 628-1450_

| DNA DATABANK NUMBER | INMATE NAME | SID NUMBER | DATE OF BIRTH | SEX | RACE |
|---|---|---|---|---|---|
| | KLINE, ANTHONY | | 7-25-52 | M | W |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHAIN OF CUSTODY

| | | |
|---|---|---|
| RECEIVED BY: _Anndrini_ FROM: _Mike Winegardn_ | DATE: _6-17-98_ | DEPT: |
| RECEIVED BY: _CK_ FROM: _USPS () - Sealed_ | DATE: _6/24/98_ | DEPT: DNA Lab |
| RECEIVED BY: _IWB_ FROM: | DATE: | DEPT: |

Manner of receipt into the DNA Database Laboratory:

RETURNED TO SUBMITTING AGENCY

SCHUYLKILL COUNTY, ss:

COMMONWEALTH

vs.

Anthony Michael Kline

In the Court of Common Pleas - Criminal

of Schuylkill County

OTN  E862361-3 _____   Case Number  984 __, 19 97

Defendant being ................... Amended Sentence  (Sentence June 10, 1998)...................

OF ............................................... Work Release ...............................................

NOW, ........................... July 2 ...............................................  , 19 98 ,

Defendant's work release is hereby revoked due to his being placed in protective
custody.  He may re-apply in the future for work release.

By the Court,

John E. Domalakes, J.

COMM:

DEFT: P.D.

STENO:

Certified from Record

CLERK of COURTS



# SCHUYLKILL COUNTY PRISON

DAVID J. KURTZ, WARDEN
230 SANDERSON STREET
POTTSVILLE PA 17901-1758

TELEPHONE: 717-628-1450
FAX:        717-628-1015

To:       Judge Domalakes

From:     Matthew W. Morgan, Work Release Administrator

Re:       Status of ANTHONY M. KLINE, Inmate

Date:     June 30, 1998

Your Honor:

    The above captioned, Anthony M. Kline, being sentenced by your
court on April 29, 1998 to a term of eleven and one-half (11½) months
to sixty (60) months minus one (1) day and extended the privilege of
Immediate Work Release has been placed into protective custody, by his
own request.

    I have informed Resident Kline, in writing, that he may not partici-
pate in the Work Release Program while under his current status and must
voluntarily remove himself from protective custody and spend at least one
(1) week in a general population block in order to demonstrate that he
can peacefully live with other residents.  Although, Work Release is a
trustee block, non the less it is still a sentenced population block
and receives less direct supervision.

    Since being informed, Resident Kline has removed himself from
protective custody and was placed into both C and F Blocks, only to
request protective custody again.  Through his actions, Resident Kline
has failed to demonstrate to me that he is able to live in good faith
with other residents at the Schuylkill County Prison.  I strongly feel
that placing him onto a block which is not under constant direct
supervision may be inherently dangerous to his well being.

    Therefore, I am requesting that his order granting him Immediate
Work Release be stricken from his court order.  Although, if Resident
Kline later qualifies for the Work Release Program, he will be taken
into consideration, based on staff evaluations, his behavior, and space
availability within the Work Release Quarters.  If you should have any
further questions regarding this matter please contact me at extension
1452.  I thank you for your time and consideration in this matter.

Respectfully Submitted,

_Matthew W. Morgan_
Matthew W. Morgan, Work Release

# DNA DATABASE SAMPLE INVENTORY AND RECEIPT

**PENNSYLVANIA STATE POLICE**
**DNA DATABASE LABORATORY**
**80 N. Westmoreland Avenue**
**Greensburg, PA 15601-2648**

Correctional Facility: _Elizabeth County Jail_

Contact Individual: _Helena Shea_

Address: _70 E. Stubenson Street, Elizabeth_

Telephone Number: _(717) 632-1620_

| DNA DATABANK NUMBER | INMATE NAME | SID NUMBER | DATE OF BIRTH | SEX | RACE |
|---|---|---|---|---|---|
| | _Line Anthony_ | | _1-1x-x_ | _M_ | _W_ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHAIN OF CUSTODY

| RECEIVED BY: | FROM: _Nick Allangulido_ | DATE: _6-17-98_ | DEPT: |
|---|---|---|---|
| **RECEIVED BY:** | **FROM:** | **DATE:** | **DEPT:** |
| **RECEIVED BY:** | **FROM:** | **DATE:** | **DEPT:** |

Manner of receipt into the DNA Database Laboratory:

CORRECTIONAL FACILITY

SP 4-224 (5-98)

SCHUYLKILL COUNTY, ss:

COMMONWEALTH

vs.

.......... Anthony Michael Kline ...

..............................................

..............................................

In the Court of Common Pleas - Criminal

of Schuylkill County

OTN _____ E862361-3 _____    Case Number __964__ , 19 _97_

Defendant being .................... Sentenced (Guilty Plea April 29, 1998) ...................

OF .................... Corruption of Minors; Indecent Assault ....................

NOW, .................... June 10 .................... , 19 _98_

After pleading guilty April 29, 1998, the defendant is hereby sentenced:

CORRUPTION OF MINORS: Defendant shall pay the costs of prosecution
and a fine of $500.00. He shall undergo confinement in the Schuylkill
County Prison for a period of not less than 11½ months nor more
than 60 months minus 1 day. Defendant shall receive credit for
time served. EFFECTIVE DATE OF SENTENCE June 14, 1998 at 6 p.m.

INDECENT ASSAULT: not less than 3 months nor more than 23½ months
concurrent with Corruption of Minors.

CONDITIONS: Defendant shall attend sex offender's counseling.
He shall have no unsupervised contact with minor children.

Defendant shall be granted work release if otherwise qualified.

By the Court,

John E. Domalakes, J.

COMM:    Caravan

DEFT:    Warner

STENO:    Grube

Certified from Record

CLERK of COURTS

COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY – CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA : NO. 984 _____ 19 97 __ OTN NO. E862361-3
VS. : CHARGE(S) Incest(3); Involuntary Deviate
: Sex(3); Indecent Assault(9)
_Anthony Michael Kline_____, : Corruption of minors(3)
Defendant :
: DATE OF OFFENSE: May 30, 1997
: PROSECUTOR: Ptlm. Wiederhold

ORDER OF COURT (~~PRISON SENTENCE~~) PSI

AND NOW, this 29th of _April_____, 19_98_:

( x ) On motion of the Assistant District Attorney to Nol Pros certain
charges as set forth below, the motion is allowed by the Court.
( X ) On motion of the Defendant to withdraw the prior plea of not
guilty and to enter a plea of guilty, the motion is allowed by
the Court.

ACCORDINGLY, the Court sentences the defendant to:

( ) Pay the costs of prosecution;
( ) Pay restitution for the injured party(ies) in the amount
of $_____;
( ) Pay a fine of $_____;
( ) Undergo imprisonment for a period of not less than _____
nor more than _____, and stand committed
until sentence is complied with, the imprisonment to be served:
( ) At the Schuylkill County Prison.
( ) Upon completion of the minimum sentence the defendant
shall be granted immediate parole.
( ) Defendant may immediately participate in the Work
Release Program at the Schuylkill County Prison if
defendant otherwise qualifies.
( ) Via the Bureau of Corrections for confinement in a
State Correctional Facility.
( ) In lieu of this imprisonment, defendant is to be confined
at home with electric monitoring set up by the Adult
Probation Department and pay any fees associated with the
program.
( ) The sentence on any additional charge(s) will be:

_____

_____

_____

( ) The preceeding sentence(s) shall be effective today or _____.
( ) The sentence(s) shall be concurrent with the sentence(s)
imposed at Criminal Action No. _____
( ) The sentence(s) shall commence at the expiration of the
sentence(s) imposed at Criminal Action No. _____ and
shall be consecutive to that sentence(s).
( ) Since defendant has served the minimum sentence, immediate parole
is granted.

In addition:
All costs of prosection, fines, fees and restitution shall be paid
in accordance with a payment schedule as established by the Adult
Probation Department and/or the Schuylkill County Collection Bureau.
Also a supervision fee of $25.00 per month is due during parole.
( X ) Other special conditions and/or NOL PROS:

NOL PROS INVOLUNTARY DEVIATE SEX AND INCEST
THE COURT ORDERS A PSI TO BE COMPLETED BY THE ADULT PROBATION DEPT.
FOR SUBMISSION TO THE COURT AND COUNSEL. SENTENCE SCHEDULED
FOR JUNE 10, 1998 at 9:45 a.m.

BY THE COURT,

Com Atty _Goodman_
Def Atty _Urban_
Steno _Pillus_

John E Domalakes, J.

044

# BODY RECEIPT

9/23/97    Time  4:15

ED FROM SIGNATURE

~~~ Carried And Of~~~

IS G. WIEDERHOLD, JR

# SCHUYLKILL COUNTY PRISON
# POTTSVILLE, PENNA. 17901

| TITLE | DEPARTMENT |
|---|---|
| PTLM | Pottsville Bureau of Police |

ONER(S)  Kline, Anthony Michael                    OTN  C 862363 3

GE(S):  (3) In cost                         Corruption of Minors
        (3) Involuntary Deviate Sexual Intercourse    (4) Indecent Assault
        (3) Involuntary Deviate Sexual Intercourse    (4) Indecent Assault
                                              (2) Corruption of Minors
ING DATE:                                     (2) Deviate Sexual Intercourse
                                              (2) Deviate Sexual Intercourse

ENCE:

& COSTS:

STRATE:  Moran

                        Return From Mag Hearing

TH:

| INEMENT PAPERS | ☐ TO DETAINER | ☐ TO COURT WRIT—ATA | OTHER (MONEY) |
|---|---|---|---|
| ED BY -- SIGNATURE | | TITLE | |
| C/o Chenne | | | o/o |

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF: **SCHUYLKILL**

# RELEASE OF PRISONER

## COMMONWEALTH OF

## PENNSYLVANIA

Mag. Dist. No.:    **21-3-02**

DJ Name: Hon.

Address:    **CHARLES V. MORAN**
**2276 W. MARKET STREET**
**POTTSVILLE, PA**

Telephone: **(717) 622-4050**    **17901-0000**

**VS.**

DEFENDANT:    NAME and ADDRESS
**KLINE, ANTHONY MICHAEL**
**809 CLARENCE AVE.**
**POTTSVILLE, PA 17901**

**SCHUYLKILL CTY PRIS**
**2ND & SANDERSON STREETS**
**POTTSVILLE, PA 17901**

Docket No.: **CR-0000291-97**
Date Filed: **8/26/97**
OTN: **E 862361-3**



Charge(s):

**18 §4302 §§ (3 COUNTS) INCEST**
**18 §3123 §§A1 (3 COUNTS) IDSI FORCIBLE COMPULSION**
**18 §3123 §§A5 (3 COUNTS) IDSI PERSON W/MENTAL DISABILITY**

To the Keeper of    **SCHUYLKILL CTY PRIS**    Prison in said County,

You are hereby commanded to release the above named Defendant, if detained for no other cause than that mentioned in the attached commitment or other detainer of record. I hereby certify that this case has not been returned to court.

REASON FOR DISCHARGE:

[ ] Hearing to be held at:

| Date: | Place: |
|---|---|
| Time: | |

[ ] Not Guilty of a Summary Offense

[ ] Court Case Dismissed

[ ] Charges withdrawn by Prosecution

[ ] Other

[x] Bail Posted. I hereby certify that the bail posted fully satisfies the monetary conditions set.

Witness my hand and official seal at my office *2276 W. Market St., Pottsville*

this *23nd* day of *September* 19 *97*

*9-23-97* Date    , District Justice

My commission expires first Monday of January, 2000    SEAL

9/23/97                    DISTRICT JUSTICE SYSTEM              PAGE    1
21-3-02               COMMONWEALTH OF PENNSYLVANIA      ADDITIONAL CHARGES


        RELEASE OF PRISONER              COMMONWEALTH OF PENNSYLVANIA
                                                      VS
           CR-0000291-97                   KLINE, ANTHONY MICHAEL

   CHARGE                              DESCRIPTION

18 §6301 §§A1 CORRUPTION OF MINORS.
18 §3126 §§A3 (4 COUNTS) IND ASSLT THREAT FORCIBLE COMPULSION
18 §3126 §§A6 (4 COUNTS) IND ASSLT PERSON W/MENTAL DISABILITY
18 §6301 §§A (2 COUNTS) CORRUPTION OF MINORS
18 §3123 §§A1 (2 COUNTS) IDSI FORCIBLE COMPULSION
18 §3123 §§A5 (2 COUNTS) IDSI PERSON W/MENTAL DISABILITY

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: SCHUYLKILL

**RELEASE OF PRISONER**

Mag. Dist. No. :

21-3-02

DJ Name: Hon.

CHARLES V. MORAN
Address: 2276 W. MARKET STREET
POTTSVILLE, PA

Telephone: (717) 622-4050        17901-0000

**COMMONWEALTH OF**

**PENNSYLVANIA**

**VS.**

DEFENDANT:          NAME and ADDRESS
KLINE, ANTHONY MICHAEL
809 CLARENCE AVE.
POTTSVILLE, PA 17901

SCHUYLKILL CTY PRIS
2ND & SANDERSON STREETS
POTTSVILLE, PA 17901

Docket No.: CR-0000291-97
Date Filed: 8/26/97
OTN:    E 862361-3

Charge(s):

18 §4302 §§ (3 COUNTS) INCEST
18 §3123 §§A1 (3 COUNTS) INVOLUNTARY DEVIATE SEXUAL INTERCOURSE
18 §3123 §§A5 (3 COUNTS) INVOLUNTARY DEVIATE SEXUAL INTERCOURSE

To the Keeper of   SCHUYLKILL CTY PRIS                                    Prison in said County,

You are hereby commanded to release the above named Defendant, if detained for no other cause than that mentioned in the attached commitment or other detainer of record. I hereby certify that this case has not been returned to court.

REASON FOR DISCHARGE:

[X]   Hearing to be held at:

| Date: | 9/23/97 | Place: DISTRICT COURT 21-3-02 |
|---|---|---|
| | | 2276 W. MARKET STREET |
| Time: | 2:30 PM | POTTSVILLE, PA  17901-0000 |

[ ]   Not Guilty of a Summary Offense

[ ]   Court Case Dismissed

[ ]   Charges withdrawn by Prosecution

[ ]   Other _____

_____

_____

[ ]   Bail Posted. I hereby certify that the bail posted fully satisfies the monetary conditions set.

Witness my hand and official seal at my office *2276 W. Market St Pottsville*

this *22nd* day of *Sept* 19 *97*

*9/22/97* Date _____ , District Justice

My commission expires first Monday of January, 2000  .          SEAL

```
9/22/97                    DISTRICT JUSTICE SYSTEM              PAGE   1
21-3-02               COMMONWEALTH OF PENNSYLVANIA       ADDITIONAL CHARGES
```

RELEASE OF PRISONER                  COMMONWEALTH OF PENNSYLVANIA
                                                    VS
        CR-0000291-97                      KLINE, ANTHONY MICHAEL

CHARGE                              DESCRIPTION

18 §6301 §§A1 CORRUPTION OF MINORS
18 §3126 §§A3 (4 COUNTS) INDECENT ASSAULT
18 §3126 §§A6 (4 COUNTS) INDECENT ASSAULT
18 §6301 §§A (2 COUNTS) CORRUPTION OF MINORS
18 §3123 §§A1 (2 COUNTS) DEVIATE SEXUAL INTERCOURSE
18 §3123 §§A5 (2 COUNTS) DEVIATE SEXUAL INTERCOURSE

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: **SCHUYLKILL**

**RECOMMITMENT**

**COMMONWEALTH OF**

**PENNSYLVANIA**

Mag. Dist. No. :

**21-3-02**

DJ Name: Hon.

**CHARLES V. MORAN**
Address: **2276 W. MARKET STREET**
**POTTSVILLE, PA**

Telephone: **(717) 622-4050    17901-0000**

**VS.**

DEFENDANT:    NAME and ADDRESS
**KLINE, ANTHONY MICHAEL**
**809 CLARENCE AVE.**
**POTTSVILLE, PA 17901**

**SCHUYLKILL CTY PRIS**
**2ND & SANDERSON STREETS**
**POTTSVILLE, PA 17901**

Docket No.: **CR-0000291-97**
Date Filed: **8/26/97**
OTN:    **E 862361-3**



Charge(s):

**18 §4302 §§ (3 COUNTS) INCEST**
**18 §3123 §§A1 (3 COUNTS) IDSI FORCIBLE COMPULSION**
**18 §3123 §§A5 (3 COUNTS) IDSI PERSON W/MENTAL DISABILITY**

To ANY AUTHORIZED PERSON of the above named County of this Commonwealth:

You are hereby commanded to convey and deliver into the custody of the Keeper of the county prison the above named defendant. You, the Keeper are required to receive the defendant into your custody to be safely kept by you until discharged by due course of law for:

☐ A PERIOD OF ____ DAYS UNTIL _____

☐ A HEARING AT

| Date: | Place: |
|---|---|
| Time: | |

☐ A FURTHER HEARING

| Date: | Place: |
|---|---|
| Time: | |

☐ COMMON PLEAS COURT ACTION

☐ OTHER: _____

CURRENT AMOUNT OF BAIL: **5,000.00**

COMMITMENT REASON: **BAIL NOT POSTED**

Witness my hand and official seal this _____ day of _Sept._ , 19 _97_

_9-23-97_ Date _____ , District Justice

My commission expires first Monday of January, **2000** .    **SEAL**

AOPC 614-97

Case 1:00-cv-01695-SHR-KH    Document 12    Filed 11/13/2000    Page 57 of 121

          RECOMMITMENT                      COMMONWEALTH OF PENNSYLVANIA
                                                          VS
          CR-0000291-97                        KLINE, ANTHONY MICHAEL

   CHARGE                                   DESCRIPTION

18 §6301 §§A1 CORRUPTION OF MINORS
18 §3126 §§A3 (4 COUNTS) IND ASSLT THREAT FORCIBLE COMPULSION
18 §3126 §§A6 (4 COUNTS) IND ASSLT PERSON W/MENTAL DISABILITY
18 §6301 §§A (2 COUNTS) CORRUPTION OF MINORS
18 §3123 §§A1 (2 COUNTS) IDSI FORCIBLE COMPULSION
18 §3123 §§A5 (2 COUNTS) IDSI PERSON W/MENTAL DISABILITY

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: SCHUYLKILL

# COMMITMENT

**COMMONWEALTH OF**

**PENNSYLVANIA**

Mag. Dist. No.:

**21-3-02**

DJ Name: Hon.

**CHARLES V. MORAN**
Address: **2276 W. MARKET STREET**
**POTTSVILLE, PA**

Telephone: **(717) 622-4050      17901-0000**

**VS.**

DEFENDANT:                    NAME and ADDRESS
KLINE, ANTHONY MICHAEL
809 CLARENCE AVE.
POTTSVILLE, PA 17901

SCHUYLKILL CTY PRIS
2ND & SANDERSON STREETS
POTTSVILLE, PA 17901

| Docket No.: | CR-0000291-97 |
| Date Filed: | 8/26/97 |
| OTN: | E 862361-3 |



**18 §4302 §§ (3 COUNTS) INCEST**
(Charge)

**18 §3123 §§A1 (3 COUNTS) INVOLUNTARY DEVIATE SEXUAL INTERCOURSE**
(Charge)

To ANY AUTHORIZED PERSON of the above named County of this Commonwealth:

You are hereby commanded to convey and deliver into the custody of the Keeper of the county prison the above named defendant. You, the Keeper are required to receive the defendant into your custody to be safely kept by you until discharged by due course of law for:

☐ A PERIOD OF _____ DAYS UNTIL _____ 9/02/97 _____

☒ A HEARING AT

| Date: | 9/02/97 | Place: DISTRICT COURT 21-3-02 |
|---|---|---|
| Time: | 1:00 PM | 2276 W. MARKET STREET POTTSVILLE, PA 17901-0000 |

☐ A FURTHER HEARING

| Date: | | Place: |
|---|---|---|
| Time: | | |

*for your records.*

☐ COMMON PLEAS COURT ACTION

☐ OTHER: _____

CURRENT AMOUNT OF BAIL: ___ 20,000.00 ___ ACCEPT 10% CASH BAIL

COMMITMENT REASON: __ BAIL NOT POSTED _____

Witness my hand and official seal this _____ day of _August_, 19 _90_

_8/27/97_ Date _____, District Justice

My commission expires first Monday of January, 2000 .               SEAL

8/27/97                    DISTRICT JUSTICE SYSTEM              PAGE  1
21-3-02                  COMMONWEALTH OF PENNSYLVANIA        ADDITIONAL CHARGES

                COMMITMENT              COMMONWEALTH OF PENNSYLVANIA
                                                    VS
              CR-0000291-97            KLINE, ANTHONY MICHAEL

    CHARGE                              DESCRIPTION

18 §3123 §§A5 (3 COUNTS) INVOLUNTARY DEVIATE SEXUAL INTERCOURSE
18 §6301 §§A1 CORRUPTION OF MINORS
18 §3126 §§A3 (4 COUNTS) INDECENT ASSAULT
18 §3126 §§A6 (4 COUNTS) INDECENT ASSAULT
18 §6301 §§A (2 COUNTS) CORRUPTION OF MINORS

*for your records*

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF: SCHUYLKILL

**COMMITMENT**

**COMMONWEALTH OF**

**PENNSYLVANIA**

Mag. Dist. No.:

**21-3-02**

DJ Name: Hon.

**CHARLES V. MORAN**

Address: **2276 W. MARKET STREET**
**POTTSVILLE, PA**

Telephone: **(717) 622-4050    /    17901-0000**

**Server**

**VS.**

DEFENDANT:     NAME and ADDRESS
**KLINE, ANTHONY MICHAEL**
**809 CLARENCE AVE.**
**POTTSVILLE, PA 17901**

| | |
|---|---|
| Docket No.: | CR-0000291-97 |
| Date Filed: | 8/26/97 |
| OTN: | E 862361-3 |

**18 §4302 §§ (3 COUNTS) INCEST**

(Charge)

**18 §3123 §§A1 (3 COUNTS) INVOLUNTARY DEVIATE SEXUAL INTERCOURSE**

(Charge)

To ANY AUTHORIZED PERSON of the above named County of this Commonwealth:

You are hereby commanded to convey and deliver into the custody of the Keeper of the county prison the above named defendant. You, the Keeper are required to receive the defendant into your custody to be safely kept by you until discharged by due course of law for:

☐ A PERIOD OF_____ DAYS UNTIL _____ **9/02/97**

☒ A HEARING AT

| Date: | 9/02/97 | Place: DISTRICT COURT 21-3-02 |
|---|---|---|
| | | 2276 W. MARKET STREET |
| Time: | 1:00 PM | POTTSVILLE, PA  17901-0000 |

☐ A FURTHER HEARING

| Date: | | Place: |
|---|---|---|
| Time: | | |

☐ COMMON PLEAS COURT ACTION

☐ OTHER: _____

CURRENT AMOUNT OF BAIL: **20,000.00     ACCEPT 10% CASH BAIL**

COMMITMENT REASON: **BAIL NOT POSTED**

Witness my hand and official seal this _____ day of _____ _August_ ,19 _97_

_____ Date _____ , District Justice

My commission expires first Monday of January, 2000 .

SEAL

8/27/97                    DISTRICT JUSTICE SYSTEM              PAGE   1
21-3-02                  COMMONWEALTH OF PENNSYLVANIA      ADDITIONAL CHARGES


            COMMITMENT                    COMMONWEALTH OF PENNSYLVANIA
                                                      VS
          CR-0000291-97                   KLINE, ANTHONY MICHAEL

  CHARGE                             DESCRIPTION

18 §3123 §§A5 (3 COUNTS) INVOLUNTARY DEVIATE SEXUAL INTERCOURSE
18 §6301 §§A1 CORRUPTION OF MINORS
18 §3126 §§A3 (4 COUNTS) INDECENT ASSAULT
18 §3126 §§A6 (4 COUNTS) INDECENT ASSAULT
18 §6301 §§A (2 COUNTS) CORRUPTION OF MINORS

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: SCHUYLKILL

**COMMITMENT**

Mag. Dist. No.:

**21-3-02**

DJ Name: Hon.
**CHARLES V. MORAN**
Address: **2276 W. MARKET STREET**
**POTTSVILLE, PA**

Telephone: (717) 622-4050       17901-0000

**COMMONWEALTH OF**

**PENNSYLVANIA**

DEFENDANT: NAME and ADDRESS
ANTHONY M. KLINE
303 LAUREL BLVD.
POTTSVILLE, PA. 17901

Docket No. CR291-97
Date Filed 8-26-97
61-3

INCEST - 4302 (3 COUNTS)   INDECENT ASSAULT (4 COUNTS)
(Charge)
CORRUPTION OF MINORS - 6301   INVOLUNTARY DEVIATE SEXUAL INTERCOURSE
(Charge)

To ANY AUTHORIZED PERSON of the above named County of this Commonwealth:

You are hereby commanded to convey and deliver into the custody of the Keeper of the county prison the above named defendant. You, the Keeper are required to receive the defendant into your custody to be safely kept by you until discharged by due course of law or for:

[ ] A PERIOD OF _____ DAYS UNTIL _____

[X] A HEARING AT

| Date: 9-2-97 | Place: DISTRICT COURT 21-3-02 |
| Time: @ 1:00 P.M. | POTTSVILLE, PA. 17901 |

[ ] A FURTHER HEARING

| Date: | Place: |
| Time: | |

[ ] COMMON PLEAS COURT ACTION

[ ] OTHER: _____

CURRENT AMOUNT OF BAIL: 20,000.00 0/0

COMMITMENT REASON: IN LIEU of BAIL

Witness my hand and official seal this 27 day of AUG, 19 97

8-27-97 Date _[signature]_ , District Justice

My commission expires first Monday of January, 2000       SEAL

JPD 044

# BODY RECEIPT

# SCHUYLKILL COUNTY PRISON
# POTTSVILLE, PENNA. 17901

ate _27 AUG. 97_     Time _0135_

CEIVED FROM SIGNATURE

NTED     _JOE MORRIS_     TITLE _PLM_     DEPARTMENT _POTTSVILLE P.D._

RISONER(S) _KLINE, ANTHONY MICHAEL_     OTN _E 862361-3_

HARGE(S):
_INCEST (3 COUNTS)_          _INVOLUNTARY DEVIATE SEXUAL INTERCOURSE_
_CORRUPTION OF MINORS_
_INDECENT ASSAULT (4 COUNTS)_
EARING DATE: _09/02/97_

IL: _29,000.00  10%_

NTENCE:

JE & COSTS:

GISTRATE: _MOLAN_

SC.:

ALTH: _GOOD_

ONFINEMENT PAPERS    ☐ TO DETAINER    ☐ TO COURT WRIT—ATA    OTHER (MONEY)

IVED BY -- SIGNATURE     TITLE _DESK OFFICER_

*Prison*

IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY--CRIMINAL

COMMONWEALTH OF PENNSYLVANIA     :     NO. 393-1994

          vs.             :

MICHAEL A. KLINE,            :
         Defendant

F I L E D

JUN 2 0 1995

Stephen M Lukach Jr
Clerk of Courts

Per _____

Claude A.L. Shields, District Attorney - for the Commonwealth
Michael A. Kline, Defendant - Pro Se

## ORDER OF COURT

DOMALAKES, J.

     AND NOW, this 20th day of June, 1995, at _____ .m., upon review of the

defendant's Pro Se Motion to approve Work Release, the Court directs the District

Attorney's Office to contact the Work Release Administrator at the Schuylkill County

Prison to ascertain the status of any application for work release filed by the Petitioner

and to show cause if any, why the Petition should not be granted on or before June 30,

1995. It is to do so by filing a written answer to the Petition with the Court by said date.

                  BY THE COURT,

                  _____ J.

JPD 044

# BODY RECEIPT

# SCHUYLKILL COUNTY PRISON
# POTTSVILLE, PENNA. 17901

te _02-01-15_ Time _12:20 p.m_

EIVED FROM SIGNATURE _Gene Trey_

| NTED _Gene Trey_ | TITLE _Det_ | DEPARTMENT _Pottsville_ |

ISONER(S) _Kline Michael Anthony_     OTN _E 870990-1_

IARGE(S): _35.8; 3701; 3925_

ARING DATE: _02-01-15  @ 11:30 AM_

IL: _$5,000.00_

NTENCE:                    (_Return for Hearing_)

IE & COSTS:

GISTRATE: _Bailey_

IC.:

ALTH: _Good_

| NFINEMENT PAPERS   ☐ TO DETAINER | ☐ TO COURT WRIT—ATA | OTHER (MONEY) |

| IVED BY — SIGNATURE _Michael Ash_ | TITLE _Desk Officer_ |

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: **SCHUYLKILL**

# RECOMMITMENT

**COMMONWEALTH OF**

**PENNSYLVANIA**

Mag. Dist. No.:
**21-3-07**

DJ Name: Hon.
Address: **JAMES REILEY**
**200 NORTH CENTRE STREET**
**POTTSVILLE, PA**

Telephone: **(717) 622-9181      17901**

**VS.**

DEFENDANT:
**KLINE, MICHAEL ANTHONY**
NAME and ADDRESS
**632 NORTH SECOND ST**
**POTTSVILLE, PA 17901**

**PRISON SCHUYLKILL COUNTY**
**SECOND AND SANDERSON STREETS**
**POTTSVILLE, PA 17901**

Docket No.: **CR-0000005-95**
Date Filed: **1/06/95**
OTN: **E 870921-2**



## 18 $3921 $$A THEFT BY UNLAW TAKING-MOVABLE PROP
(Charge)

## 18 $3925 $$A RECEIVING STOLEN PROPERTY
(Charge)

To ANY AUTHORIZED PERSON of the above named County of this Commonwealth:

You are hereby commanded to convey and deliver into the custody of the Keeper of the county prison the above named defendant. You, the Keeper are required to receive the defendant into your custody to be safely kept by you until discharged by due course of law or for:

☐ A PERIOD OF_____ DAYS UNTIL_____

☐ A HEARING AT

| Date: | Place: |
|-------|--------|
| Time: | |

☐ A FURTHER HEARING

| Date: | Place: |
|-------|--------|
| Time: | |

☐ COMMON PLEAS COURT ACTION

☐ OTHER: _____

CURRENT AMOUNT OF BAIL: **5,000.00     ACCEPT 10% CASH BAIL**

Witness my hand and official seal this ___ day of ___February___, 19___

___2/1/95___ Date _____, District Justice

My commission expires first Monday of January, 2000 .          **SEAL**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: **SCHUYLKILL**

# RELEASE OF PRISONER

### COMMONWEALTH OF

### PENNSYLVANIA

Mag. Dist. No.:

**21-3-07**

DJ Name: Hon.

Address: **JAMES REILEY
200 NORTH CENTRE STREET
POTTSVILLE, PA**

Telephone: **(717) 622-9181       17901**

### VS.

DEFENDANT:                       NAME and ADDRESS
**KLINE, MICHAEL ANTHONY
LKA 632 N 2ND ST
POTTSVILLE, PA 17901**

**PRISON SCHUYLKILL COUNTY
SECOND AND SANDERSON STREETS
POTTSVILLE, PA 17901**

Docket No.: **CR-0000004-95**
Date Filed: **1/06/95**
OTN:       **E 870920-1**

**18 §3502 §§A BURGLARY**
(Charge)

**18 §3921 §§A THEFT BY UNLAWFUL TAKING OR DISPOSITION**
(Charge)

To the Keeper of **SCHUYLKILL COUNTY, PRISON** Prison in said County,

You are hereby commanded to release the above named Defendant, if detained for no other cause than that mentioned in the attached commitment or other detainer of record. I hereby certify that this case has not been returned to court.

REASON FOR DISCHARGE:

[x] Hearing to be held at:

| Date: | **2/01/95** | Place: | |
|---|---|---|---|
| Time: | **11:30 AM** | | **200 NORTH CENTRE STREET POTTSVILLE, PA 17901** |

[ ] Bail Posted

[ ] Not Guilty of a Summary Offense

[ ] Court Case Dismissed

[ ] Charges withdrawn by Prosecution

[ ] Other_____

_____

_____

Witness my hand and official seal at my office _200 N. CENTRE STREET POTTSVILLE, PA 17901_

this **31ST** day of **JANUARY** , 19 **95** .

_01/31/95_ Date _____ , District Justice

My commission expires first Monday of January, **2000** .       **SEAL**

AOPC 602-93

```
1/31/95                    DISTRICT JUSTICE·SYSTEM              PAGE   1
21-3-07                 COMMONWEALTH OF PENNSYLVANIA      ADDITIONAL CHARGES
```

**RELEASE OF PRISONER**                    **COMMONWEALTH OF PENNSYLVANIA**
                                                         **VS**
      **CR-0000004-95**                    **KLINE, MICHAEL ANTHONY**

**CHARGE**                                      **DESCRIPTION**

**18 §3925 §§A RECEIVING STOLEN PROPERTY**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: **SCHUYLKILL**

**RELEASE OF PRISONER**

Mag. Dist. No.:
**21-3-07**

DJ Name: Hon.
**JAMES REILEY**
Address: **200 NORTH CENTRE STREET**
**POTTSVILLE, PA**

Telephone: **(717) 622-9181        17901**

**COMMONWEALTH OF**

**PENNSYLVANIA**

**VS.**

DEFENDANT:          NAME and ADDRESS
**KLINE, MICHAEL ANTHONY**
**LKA 632 N 2ND ST**
**POTTSVILLE, PA 17901**

**Server**

Docket No.: **CR-0000004-95**
Date Filed: **1/06/95**
OTN:     **E 870920-1**

**18 §3502 §§A BURGLARY**
(Charge)

**18 §3921 §§A THEFT BY UNLAWFUL TAKING OR DISPOSITION**
(Charge)

To the Keeper of **SCHUYLKILL COUNTY, PRISON** _____ Prison in said County,

You are hereby commanded to release the above named Defendant, if detained for no other cause than that mentioned in the attached commitment or other detainer of record. I hereby certify that this case has not been returned to court.

REASON FOR DISCHARGE:

[x] Hearing to be held at:

| Date: | 2/01/95 | Place: | |
|---|---|---|---|
| Time: | 11:30 AM | | **200 NORTH CENTRE STREET**<br>**POTTSVILLE, PA  17901** |

[ ] Bail Posted

[ ] Not Guilty of a Summary Offense

[ ] Court Case Dismissed

[ ] Charges withdrawn by Prosecution

[ ] Other _____

_____

_____

Witness my hand and official seal at my office _200 N. CENTRE STREET · POTTSVILLE, PA  17901_

this _31ST_ day of _JANUARY_ , 19 _95_ .

_01/31/95_ Date _____ , District Justice

My commission expires first Monday of January, 2000 .        **SEAL**

1/31/95                **DISTRICT JUSTICE SYSTEM**          **PAGE    1**
21-3-07        **COMMONWEALTH OF PENNSYLVANIA**     **ADDITIONAL CHARGES**


         **RELEASE OF PRISONER**          **COMMONWEALTH OF PENNSYLVANIA**
                                  **VS**
         **CR-0000004-95**          **KLINE, MICHAEL ANTHONY**

**CHARGE**                              **DESCRIPTION**

**18 §3925 §§A RECEIVING STOLEN PROPERTY**

## CERTIFICATION OF BAIL AND DISCHARGE

OTN  C742735-1

POLICE CASE NO.          D. J. NO.

C.P. TERM & NO.

COMMONWEALTH VS. (Defendant Name and Address)

Anthony Kline
645 N. 2nd Street
Pottsville, Pa  17901

CHARGE(S):

**Indecent Assault**

DATE OF CHARGE(S)

☐ ROR (no surety)
☒ Bail (total amount set, if any)          ☐ Nominal Bail
$ 2,000.00

☒ Conditions of Release (aside from appearing at court when required:)
Bail reduction by Judge Stine 12/15/92.
Deft. shall have no contact with minor.

NEXT COURT ACTION

| DATE AND TIME | LOCATION |
|---|---|
|  |  |

TO: ☐          ☒ Detention Center          ☐ Other

I hereby certify that sufficient bail has been entered

☐ By the defendant          ☒ On behalf of the defendant by:

305 Laurel Blvd. Pottsville, Pa  17901

(attach addendum, if necessary)

(Name & Address of Surety)                    (License No.)

SECURITY OR SURETY (IF ANY)

☐ Cash in full amount of bail
☒ Percentage cash bail
☒ Money furnished by
  ☐ Defendant
  ☒ 3rd Party          Rachel Kline

● Refund of cash bail will be made within 20 days after final disposition.  (Pa.R.Cr.P. 4015(b))

● Refund of all other types of bail will be made promptly after 20 days following final disposition. (Pa.R.Cr.P. 4015(a))

● Bring Cash Bail Receipt to Clerk of Court.

JUDGE OR ISSUING AUTHORITY

Moran

## APPEARANCE OR BAIL BOND

THIS BOND IS VALID FOR THE ENTIRE PROCEEDINGS AND UNTIL FULL AND FINAL DISPOSITION OF THE CASE INCLUDING FINAL DISPOSITION OF ANY PETITION FOR WRIT OF CERTIORARI OR APPEAL TIMELY FILED IN THE SUPREME COURT OF THE UNITED STATES.

DISCHARGE THE ABOVE-NAMED DEFENDANT FROM CUSTODY IF DETAINED FOR NO OTHER CAUSE THAN THE ABOVE STATED.

Given under my hand and the Official Seal of this Court,

this ___15th___ day of ___December___, 19_92_.

_____ (SEAL)

(Clerk of Court or Issuing Authority)

**PLACE OF DETENTION**

FILED

APR 24 1992

Stephen ~. ~~~~~ Jr.
Clerk of ~~~~~

IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY

CRIMINAL ACTION – LAW

COMMONWEALTH OF PENNSYLVANIA      :      Case No.

vs.                                      174 – 1992

Anthony Michael Kline
Defendant

ORDER OF COURT

AND NOW, *April 24*, 1992, upon Petition of the Surety,
Rachel Kline to withdraw as Surety on the bail of
$15,000.00 fixed in the above-captioned matter, the Petition is
granted, and the said Rachel Kline who acted as Surety
in this case shall have the percentage of cash bail returned (10%, less
the statutory fee for the return of the bail which is assessed by the Clerk
of Courts of Schuylkill County.

The above defendant is in custody of the Schuylkill County Prison on
the charges lodged against him.

The bail on the instant charges shall remain at $15,000.00, but
the defendant shall be detained in the Schuylkill County Prison until he
meets the requirements of bail.

BY THE COURT,

_____, J.

IN THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY

CRIMINAL ACTION - LAW

COMMONWEALTH OF PENNSYLVANIA    :    Case No.
                                 :    174 - 1992
            vs.                  :
                                 :
Anthony Michael Kline           :
            Defendant            :

**F I L E**

APR 24 199

Stephen M. Lukso
Clerk of Cour

Per _____

### PETITION TO WITHDRAW AS SURETY

Rachel Kline _____ of    PO Box 772 _____,

Pottsville _____ , Schuylkill County, Pennsylvania, hereby

moves to withdraw as Surety on the bail of the above named defendant fixed

in the amount of $15,000 _____ for the following reasons:

1.  That Petitioner voluntarily became the Surety on this bail and

has now voluntarily decided to withdraw as Surety;

2.  That the defendant is in custody in the Schuylkill County Prison

or is satisfactorily detained elsewhere in favor of Schuylkill County;

3.  That Petitioner having been first duly sworn according to law,

deposes and says that the statements made in the foregoing Petition to

Withdraw As Surety which are within his/her personal knowledge are true

and those which are based on information received from others he/she

believes to be true.

WHEREFORE, Petitioner hereby requests to withdraw as Surety on the bail of $15,000.00 _____ fixed in the above-captioned matter so that the percentage cash bail will be returned, less the statutory fee retained by the Clerk of Courts of Schuylkill County.

_____
PETITIONER

Sworn to and subscribed before me
this __24th_ day of ___April___, 19 92

NOTARIAL SEAL
STEPHEN M. LUKACH, JR., Clerk of Courts
POTTSVILLE  SCHUYLKILL COUNTY
MY COMMISSION EXPIRES JAN. 4, 1996

ACKNOWLEDGEMENT OF SCHUYLKILL COUNTY WARDEN

On behalf of the Office of the Warden of Schuylkill County, I hereby certify that ___Anthony Michael Kline___, defendant in this case, is now:

___✓___  in the custody of the Schuylkill County Prison.

_____  detained  elsewhere in favor of the Schuylkill County Prison.

April 24, 1992
Date

_____
Authorized Signature

SCHUYLKILL COUNTY, ss:

COMMONWEALTH

vs.

Anthony Michael Kline

In the Court of Common Pleas - Criminal
of Schuylkill County

GTN NO. C 742 785-1 .......... Term, 19 92 ......... No. 174

Defendant being .......... Heard

OF .......... Motion for Bail Reduction

NOW, .......... December 15, .......... 19 92

And now, December 15, 1992, based upon testimony presented to the Court, it is hereby Ordered that the Petition for Reduction of Bail is granted and bail is set in the sum of $000.00.

As a special condition of bail, the defendant shall have no contact whatsoever with the minor in this proceeding.

By the Court, Sting, J.   CR#5

COMM: Bressi

DEFT: Quinn

STENO: Hart

Certified from Record

CLERK of COURTS

JB

NAME, TITLE, ADDRESS & JURISDICTION OF ISSUING AUTHORITY

CHARLES V. MORAN
DISTRICT JUSTICE 21-3-02
2276 W. MARKET ST.
POTTSVILLE, PA.

**Commonwealth of Pennsylvania**

COUNTY OF ___SCHUYLKILL___

VS.

DEFENDANT: *(Name and Address)*

Date: 1/22/92

Initiating Number    C 742785-1

Docket Number    C600-91

ANTHONY MICHAEL KLINE
SCH. COUNTY PRISON
POTTSVILLE, PA.

Charges:    INDECENT ASSAULT
Affiant:    PTLM. DUNKEL
Bail:    $15,000.

## COMMITMENT

To any Constable, Police Officer of the above named County of the Commonwealth or to the Keeper of the Common Jail,
GREETING:

You are hereby commanded to forthwith convey and deliver into the custody of the Keeper of the **Common Jail** the
above named defendant and the said Keeper is required to receive the defendant into your custody to be **safely kept by**
you until discharged by due course of law or for:

- [ ] Summary conviction; a period of _____ days. Fine and Costs $
- [ ] A period of _____ days. Fine & Costs $
- [ ] A hearing at _____ .M., on _____ , 19
- [ ] A further hearing
- [ ] The next term of court. Bail $
- [ ] C. P. Trial
- [ ] Other

Witness my hand and seal

This _____ day of _____ , 19 _____

_____
Issuing Authority

## RELEASE OF PRISONER FOR HEARING

To the Keeper of the Common Jail of the above named County:

You are hereby commanded to release to Officer    ___JEFFREY DUNKEL___
the body of the above-named defendant who was committed for a hearing to be held on  ___FEB. 25, 1992 - 1:15 PM___

Witness my hand and seal, this ___24th___ day of ___FEB.___    19 ___92___.

_____
Issuing Authority

Form JPD 044

# BODY RECEIPT

# SCHUYLKILL COUNTY PRISON
# POTTSVILLE, PENNA. 17901

Date _2/25/93_  Time _4:08 P.M._

RECEIVED FROM SIGNATURE _Robert Garland_

| PRINTED _Robert Garland_ | TITLE _PLM_ | DEPARTMENT _POTTSVILLE_ |

PRISONER(S) _Kline, Anthony Michael_          OTN _C 742 785-1_

CHARGE(S): _Ind. asslt._

HEARING DATE:

BAIL: _15,000.00_

SENTENCE:

FINE & COSTS:

MAGISTRATE: _Moran_

MISC.:

HEALTH: _Good_

| ☐ CONFINEMENT PAPERS | ☐ TO DETAINER | ☐ TO COURT WRIT—ATA | OTHER (MONEY) |

RECEIVED BY — SIGNATURE _C/o Burt_          TITLE _On Callin_

NAME, TITLE, ADDRESS & JURISDICTION OF ISSUING AUTHORITY

**CHARLES V. MORAN**
**DISTRICT JUSTICE 21-3-02**
**227½ W. MARKET ST.**
**POTTSVILLE, PA.**

**Commonwealth of Pennsylvania**

COUNTY OF **SCHUYLKILL**

VS.

Date: **1/22/92**

DEFENDANT: *(Name and Address)*

Initiating Number **C-742785-1**

Docket Number **C600-91**

**ANTHONY MICHAEL KLINE**
**SCH. COUNTY PRISON**
**POTTSVILLE, PA.**

Charges: **INDECENT ASSAULT**
Affiant: **PTLM. DUNKEL**
Bail: **$15,000.**

## COMMITMENT

To any Constable, Police Officer of the above named County of the Commonwealth or to the Keeper of the Common Jail, GREETING:

You are hereby commanded to forthwith convey and deliver into the custody of the Keeper of the Common Jail the above named defendant and the said Keeper is required to receive the defendant into your custody to be safely kept by you until discharged by due course of law or for:

- [ ] Summary conviction; a period of _____ days. Fine and Costs $
- [ ] A period of _____ days. Fine & Costs $
- [ ] A hearing at _____ .M., on _____ , 19 _____
- [ ] A further hearing
- [ ] The next term of court. Bail $
- [ ] C. P. Trial
- [ ] Other

Witness my hand and seal

This _____ day of _____ , 19 ___.

_____
Issuing Authority

## RELEASE OF PRISONER FOR HEARING

To the Keeper of the Common Jail of the above named County:

You are hereby commanded to release to Officer _____**JEFFREY DUNKEL**_____
the body of the above-named defendant who was committed for a hearing to be held on _____**FEB. 25, 1992 – 1:15 PM**_____

Witness my hand and seal, this **24th** day of **FEB.** 19 **92**.

_____
Issuing Authority

## RECOMMITMENT

To any Constable, Police Officer of the above named County of the Commonwealth or to the Keeper of the Common Jail, GREETING:

You are hereby commanded to forthwith convey and deliver into the custody of the said Keeper of the Common Jail the above named defendant and the said Keeper is required to receive the defendant into your custody and to be safely kept by you until discharged by due course of law of for:

- [ ] Summary conviction; a period of _____ days. Fine and Costs $
- [ ] A period of _____ days. Fine & Costs $
- [ ] A hearing at _____ .M., on _____ , 19 _____
- [ ] A further hearing
- [X] The next term of court. Bail $ **15,000.00**
- [ ] C. P. Trial
- [ ] Other

Witness my hand and seal

This **2?th** day of **FEB** , 19 **92**

SCHUYLKILL COUNTY, ss:

COMMONWEALTH

vs.

Anthony M. Kline

In the Court of Common Pleas - Criminal

of Schuylkill County

OTN# C 462376-5 ........ Term, 19 90 ...... No. 636

OTN# C 462377-6            1990            No. 637

Defendant being ...... Heard ..................................................................

OF ...... Petition to Revoke Parole ....................................................

NOW, ......................................... April 9, ............................, 19 92

### ORDER OF COURT

AND NOW, this 9th day of April, 1992, Upon stipulation by both Counsel for the Defendant,
Atty. Michael O'Connor and District Attorney C.A.L. Shields, the Court is revoking the
Defendant's Parole and he shall be remanded to the Schuylkill County Prison.

By The Court, Dolbin, J.    Rm.A

*Dolbin, J.*

COMM: Shields

DEFT: O'Connor

STENO: Long

Certified from Record

KLINE,ANTHONY M.                #10949                                    1953

## SCHUYLKILL COUNTY PRISON — RECORDS CARD

| | |
|---|---|
| Date Committed   1-22-92 (Bail Withdrawn) | Date of Sentence   1/6/93 |
| (4/24/92) | Effective Date   5/30/92 |
| O.T.N. No.  C 742 785-1 | Credit Time   7 Mos.21 Days |
| (RECOMMITED 1/20/93) | |
| Magistrate    Moran | Court Sentence   18 to 36 Mos. |
| Prosecutor Ptlm. J. Dunkel | |
| Crime   Indecent assault | Judge   Dolbin |
| | O.T.N. No. |
| | Session No.   174-92 |
| Bail   $15,000.00  $2000.00 | Minimum Sentence Expires   11/30/93 |
| Age  39 | |
| D.O.B.    1-25-52 | Maximum Sentence Expires   5/30/95 |
| S.S. No.    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 | |
| Marital Status    M | ½ Minimum |
| Bail Posted Date    2/27/92   12-13-92 | |
| Total Time Served    1 Mo.5 Days  7 mos. 21 Days | Date Paroled   6-15-94 |
| PO HOLD 10/27/92 LIFTED | |

| Time Served | 2 | | 15 |
|---|---|---|---|
| | Yrs. | Mos. | Days |

| Name | Last | First | M.I. | Address | Prison No. 10949 |
|---|---|---|---|---|---|
| | KLINE | ANTHONY | M. | 645 N. 2nd St. Pottsville PA  17901 | |

1-22-92 - APO HOLD - MORAN  VIOLATION-PROBATION/PAROLE
1-29-92  Warrant to Commit APO
2-25-92  Hearing Moran Indecent Assault Bound Over
          Bail $15,000
12-15-92--Court Order BailReduction to $2000-Stine
10/4/93 PBPP DECISION REFUSE REVIEW IN MAY 1994
5/5/94  PBPP Continue
5/24/94 PBPP Decision Parole on 6/11/94

Pennsylvania Board of Probation and Parole
PBPP-10(rev 3/88)

ORDER TO RELEASE ON PAROLE/REPAROLE

The Pennsylvania Board of Probation and Parole hereby grants parole/reparole to the prisoner named and on the sentences described below. It further ordered that he/she be released on the date indicated below, subject to Board approval of a satisfactory plan and to the Conditions Covering Parole/Reparole (PBPP-11) and upon condition that he/she commits no misconducts or crimes, and that no evidence of past crimes or mental illness, previously undiscovered, comes to light.

---

| Name of Prisoner | ParNo. | Inst.No. | Authorized Date of Release |
|---|---|---|---|
| ANTHONY KLINE | 6317X | 10949 | 06-11-94 * |

---

| Place of Confinement | | Date of Return (Reparole Cases Only) |
|---|---|---|
| SCHUYLKILL COUNTY PRISON | | |

---

| County | Date of Sentence(s) | Tp Term(s)/Indictment Number(s) | OTN(s) | Offense(s)/Charge(s) |
|---|---|---|---|---|
| SCHUYL | 01/06/93 | CC CP 920000174 | | INDECENT A |

---

| Judge(s) | Term(s) of Sentence(s) | | Expiration Dates Minimum | Maximum |
|---|---|---|---|---|
| DONALD DOLBIN | 1YR 6MO | 3YR | 11/30/93 | 05/30/95 |

---

* TO AN APPROVED PLAN,
PROVIDED THERE ARE NO MISCONDUCTS AND YOU REMAIN INVOLVED IN REQUIRED PROGRAMS.

---

Signed this 25th day of    May, 1994 at Harrisburg, PA

PENNSYLVANIA BOARD OF PROBATION AND PAROLE

Board Chairman

Pennsylvania Board of Probation and Parole
PBPP-11 (Rev. 7/91)

## CONDITIONS GOVERNING PAROLE/REPAROLE

To: **ANTHONY KLINE**                                                    Parole No. **6317-X**

1.  Report in person or in writing within 48 hours to the district office or sub-office listed below, and do not leave that district without prior written permission of the parole supervision staff.

    **Allentown District Office    (Phone:  610-821-6787)**
    **2703 West Emaus Avenue**
    **Allentown, PA  18103**
    **(Agent Gregory Polinsky)**

2.  Your approved residence is listed below and may not be changed without the written permission of the parole supervision staff.

    **305 Laurel Blvd., Pottsville, PA  17901        62204796**

3.  Maintain regular contact with the parole supervision staff by:
    a.  reporting regularly as instructed and following any written instructions of the Board or the parole supervision staff.
    b.  notifying the parole supervision staff within 72 hours of: (l) your arrest; or (2) your receipt of a summons or citation for an offense punishable by imprisonment upon conviction; and
    c.  notifying the parole supervision staff within 72 hours of any change in status, including, but not limited to, employment, on-the-job training, and education.

4.  Comply with all municipal, county, state and Federal criminal laws, as well as the provisions of the Vehicle Code (75 Pa. C.S. § 101 et seq.), and the Liquor Code (47 P.S. § HOl et seq.)

5.  You shall:
    a.  abstain from the unlawful possession or sale of narcotics and dangerous drugs and abstain from the use of controlled substances within the meaning of the Controlled Substance, Drug, Device, and Cosmetic Act (35 P.S. § 780-101 et seq.) without a valid prescription;
    b.  refrain from owning or possessing any firearms or other weapons; and
    c.  refrain from any assaultive behavior.

6.  You shall pay fines, costs, and restitution imposed on you by the sentencing court. You shall establish with appropriate county authorities within thirty (30) days of your release from prison a payment schedule for the fines, costs and restitution owed for those cases for which you are now on state parole. Thereafter, you shall:
    a.  pay these obligations according to the established payment schedule or as ordered by the court;
    b.  provide proof of such payment to parole supervision staff; and
    c.  keep the parole supervision staff and the court informed of any changes in your financial ability to pay fines, costs and restitution.

7.  You shall comply with the special conditions listed on page 2 imposed by the Board and with special conditions imposed by the parole supervision staff.

Additionally, should problems arise, or questions occur concerning the conditions of your parole/reparole, consult with the parole supervision staff, and they will help you in the interpretation of the Conditions of Parole/Reparole.

If you are arrested on new criminal charges, the Board has the authority to lodge a detainer against you which will prevent your release from custody, pending disposition of those charges, even though you may have posted bail or been released on your own recognizance from those charges.

If you violate a condition of your parole/reparole and, after the appropriate hearing(s), the Board decides that you are in violation of a condition of your parole/reparole you may be recommitted to prison for such time as may be specified by the Board.

If you are convicted of a crime committed while on parole/reparole, the Board has the authority, after an appropriate hearing, to recommit you to serve the balance of the sentence or sentences which you were serving when paroled/reparoled, with no credit for time at liberty on parole.

If you think that any of your rights have been violated as a result of your parole supervision, you may submit a timely complaint in writing, first to the district director of the district office through which you are being supervised. If your complaint is not resolved to your satisfaction, you may then submit your complaint in writing to the Pennsylvania Board of Probation and Parole, Director of Supervision, P.O. Box l66l, Harrisburg, Pennsylvania 17105-1661.

In consideration of being granted the privilege of parole/reparole by the Pennsylvania Board of Probation and Parole, I hereby agree that:

If I am ever charged with a parole violation arising out of my conduct while in a jurisdiction other than the Commonwealth of Pennsylvania, the revocation of my parole for that violation may be based solely on documentary evidence and I hereby waive any right to confront or cross-examine any person who prepared any such documentary evidence or who supplied information used in its preparation;

I expressly waive extradition to the Commonwealth of Pennsylvania from any jurisdiction in or outside of the United States, where I may be found, and I shall not contest any effort by any jurisdiction to return me to the United States or to the Commonwealth of Pennsylvania; and

I expressly consent to the search of my person, property and residence, without a warrant by agents of the Pennsylvania Board of Probation and Parole. Any items, in the possession of which constitutes a violation of parole/reparole shall be subject to seizure, and may be used as evidence in the parole revocation process.

To: ANTHONY KLINE                    Parole No. 6317X        InstNo: 10949

7. SPECIAL CONDITIONS:

OUT-PATIENT DRUG/ALCOHOL AND SEX OFFENDER TREATMENT IS A SPECIAL
CONDITION OF YOUR PAROLE SUPERVISION UNTIL THE TREATMENT SOURCE AND/OR PAROLE
SUPERVISION STAFF DETERMINE IT IS NO LONGER NECESSARY. YOU WILL BE
REQUIRED TO SIGN THE APPROPRIATE RELEASE FORM FOR CONFIDENTIAL INFORMATION.
YOU MUST SUBMIT TO URINALYSIS TESTING.
YOU MUST NOT CONSUME ALCOHOL UNDER ANY CONDITION OR FOR ANY REASON.
YOU MUST NOT CONTACT OR ASSOCIATE WITH VICTIM OR MINOR FEMALES FOR ANY REASON
UNLESS YOU HAVE PRIOR APPROVAL FROM PAROLE AGENT.
YOU SHALL PAY A MONTHLY SUPERVISION FEE OF $25.00 TO THE PAROLE BOARD WHEN
UNDER SUPERVISION WITHIN THE COMMONWEALTH OF PENNSYLVANIA (ACT 35 OF 1991).

_Anthony Kline_
Signature of Parolee

_6-15-94_
Date

_Raymond Laent_
Witness

Witness

Note: If signed by mark, there must be
two witnesses to the execution of the

TICE OF BOARD DECISION
PP-15 (6/92)

# COMMONWEALTH OF PENNSYLVANIA
## PENNA. BOARD OF PROBATION AND PAROLE

DATE:     052594

CLIENT NAME:    ANTHONY KLINE

PAROLE NO:   6317X

INSTITUTION:    SCHUYLKILL COUNTY PRISON

INSTITUTION NO:   10949

AS RECORDED ON        052494    THE BOARD OF PROBATION AND PAROLE RENDERED THE
FOLLOWING DECISION IN YOUR CASE:

PAROLE ON OR AFTER 06-11-94 TO AN APPROVED PLAN,
PROVIDED THERE ARE NO MISCONDUCTS AND YOU REMAIN INVOLVED IN REQUIRED PROGRAMS.

OUT-PATIENT DRUG/ALCOHOL AND SEX OFFENDER TREATMENT IS A SPECIAL
CONDITION OF YOUR PAROLE SUPERVISION UNTIL THE TREATMENT SOURCE AND/OR PAROLE
SUPERVISION STAFF DETERMINE IT IS NO LONGER NECESSARY. YOU WILL BE
REQUIRED TO SIGN THE APPROPRIATE RELEASE FORM FOR CONFIDENTIAL INFORMATION.
YOU MUST SUBMIT TO URINALYSIS TESTING.
YOU MUST NOT CONSUME ALCOHOL UNDER ANY CONDITION OR FOR ANY REASON.
YOU MUST NOT CONTACT OR ASSOCIATE WITH VICTIM OR MINOR FEMALES FOR ANY REASON
UNLESS YOU HAVE PRIOR APPROVAL FROM PAROLE AGENT.
YOU SHALL PAY A MONTHLY SUPERVISION FEE OF $25.00 TO THE PAROLE BOARD WHEN
UNDER SUPERVISION WITHIN THE COMMONWEALTH OF PENNSYLVANIA (ACT 35 OF 1991).

MAX. 05-30-95.

*JJM 05-25-94*

JAMES W. RIGGS
BOARD SECRETARY

MR. DAVID J. KURTZ
SCHUYLKILL COUNTY PRISON
SECOND & SANDERSON AVENUE
POTTSVILLE  PA        17901

Commonwealth of Pennsylvania
Board of Probation and Parole
PBPP-245A (7/85)

# Institutional Parole Summary

| Name | Institution No. | Parole No. | Institution |
|------|----------------|-----------|-------------|
| ANTHONY M. KLINE | CP 10949 | PN 6317-X | SCP |

**I.**     **Program Involvement**     COMPLETED TURNING POINT'S SEX OFFENDER PROGRAM/CLASSES:

ATTENDS GOOD SAN D &A CLASSES

**II.**     **Institutional Job Assignment**     LAUNDRY PERSON SINCE FEB. 1993

**III.**     **Institutional Adjustment — Overall Conduct** (If any misconducts, specify by type - date - disposition.)

NO MISCONDUCTS, GOOD INSTITUTIONAL ADJUSTMENT.

**IV.**     **Counselor's Evaluation and Recommendation**     COUNSELOR RECOMMENDS PAROLE.

**V.**     **Warden's Evaluation and Recommendation**     ! RECOMMENDS PAROLE

Signature            Date    3/30/94

The Parole Act at 61 P.S. Sec. 331.19, provides in part: "The board shall, in all cases, consider the recommendations of the trial judge and of the district attorney and of each warden or superintendent, as the case may be, who has had charge of an applicant, each of whom is directed to submit to the board his recommendation and the reasons therefor, with respect to each parole application."

NOTICE OF BOARD DECISION
PBPP-15 (6/92)

# COMMONWEALTH OF PENNSYLVANIA
## PENNA. BOARD OF PROBATION AND PAROLE

DATE:     110193

CLIENT NAME:     ANTHONY KLINE                          PAROLE NO:     6317X

INSTITUTION:     SCHUYLKILL COUNTY PRISON                INSTITUTION NO:     10949

AS RECORDED ON     100493     THE BOARD OF PROBATION AND PAROLE RENDERED THE
FOLLOWING DECISION IN YOUR CASE:

REFUSE.
SUBSTANCE ABUSE.
ASSAULTIVE INSTANT OFFENSE.
VERY HIGH ASSAULTIVE BEHAVIOR POTENTIAL.
VICTIM INJURY.
YOUR NEED FOR TREATMENT.

REVIEW IN MAY, 1994.
YOU MUST PARTICIPATE IN SEX OFFENDERS PROGRAM.
YOU MUST MAINTAIN A CLEAR CONDUCT RECORD.
YOU MUST EARN AN INSTITUTIONAL RECOMMENDATION FOR PAROLE.

(JJM 11-01-93)

JAMES W. RIGGS
BOARD SECRETARY

MR. DAVID J. KURTZ
SCHUYLKILL COUNTY PRISON
SECOND & SANDERSON AVENUE
POTTSVILLE, PA          17901

FORM **DC-135A**

SCHUYLKILL COUNTY PRISON 7/29/87
**COMMONWEALTH OF PENNSYLVANIA**

**DEPARTMENT OF CORRECTIONS**

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) Anthony O'Hara | 2. DATE 8-6-93 |
|---|---|

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) | 4. COUNSELOR'S NAME |
|---|---|

| 5. WORK ASSIGNMENT laundry | 6. QUARTERS ASSIGNMENT D-4 |
|---|---|

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

Request for Higeen
Kit if possible I dont
have any money
coming in from the
streets

Thank you

Anthony O'Hara

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

Per free kit,
8/13/93

[ ] TO DC-14 CAR ONLY    [ ] TO DC-14 CAR AND DC-15 IRS

Commonwealth of Pennsylvania
Board of Probation and Parole
PBPP-245R (7/85)

# Institutional Parole Summary

| Name | Institution No. | Parole No. | Institution |
|------|-----------------|------------|-------------|
| ANTHONY M. KLINE | CP 10949 | PN 6317-X | S.C.P. |

**I.    Program Involvement**  INDIVIDUAL COUNSELING WITH PRISON COUNSELOR: ATTENDS CHURCH:
SEX OFFENDERS PROGRAM.

**II.    Institutional Job Assignment**    LAUNDRY PERSON.

**III.    Institutional Adjustment — Overall Conduct** (If any misconducts, specify by type - date - disposition.)
GOOD INSTITUTIONAL ADJUSTMENT, NO MISCONDUCTS.

**IV.    Counselor's Evaluation and Recommendation**    COUNSELOR RECOMMENDS PAROLE.

**V.    Warden's Evaluation and Recommendation**    HAS PARTICIPATED IN OFFENDER PROGRAM — IS
ABLE WORKER — RECOMMEND PAROLE.

_David J. Kusty_                    6/30/93
Signature                           Date

The Parole Act at 61 P.S. Sec. 331.19, provides in part: "The board shall, in all cases, consider the recommendations of the trial judge and of
the district attorney and of each warden or superintendent, as the case may be, who has had charge of an applicant, each of whom is directed
to submit to the board his recommendation and the reasons therefor, with respect to each parole application."

COMMONWEALTH PENNSYLVANIA
BOARD OF PROBATION AND PAROLE
PBPP 102 (5/85)

# INITIAL SENTENCE STATUS REPORT
### (INSTRUCTIONS ON REVERSE SIDE)

PAROLE NO.:

DATE: 1/21/93

PRISON OR INSTITUTION
SCHUYLKILL COUNTY

IF RECEIVED BY TRANSFER, NAME, INSTITUTION FROM WHICH RECVD

COMMITMENT NAME
ANTHONY M. KLINE

TRUE NAME
SAME

ALIASES
NONE

CASE NUMBER AT INSTITUTION 10949

DATE OF BIRTH 1/25/52

RACE (CHECK ONE) WHITE ☑ NEGRO ☐ OTHER ☐

SEX (CHECK ONE) MALE ☑ FEMALE ☐

SOCIAL SECURITY NO.
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

S.I.D. NO. (B.C.I. NO.)

PROSECUTING POLICE DEPARTMENT
POTTSVILLE PD

DATE OF RECEPTION
1/20/93

| DATE OF SENTENCE | COUNTY | COURT, INDICTMENT NUMBER, TERM | TYPE SENT | MINIMUM Y | MINIMUM M | MAXIMUM Y | MAXIMUM M | JUDGE | OFFENSE |
|---|---|---|---|---|---|---|---|---|---|
| A 1/6/93 | SCKUYLKILL | #174-92 | CC | | 18 | | 36 | DOLBIN | INDECENT A. |
| B | | | | | | | | | |
| C | | | | | | | | | |
| D | | | | | | | | | |
| E | | | | | | | | | |

COMMITMENT CREDIT 7 Mos. 21 Days

TOTAL SENTENCE  18  36

ESCAPE TIME

EFFECTIVE DATE 5/30/92   MINIMUM DATE 11/30/93   MAXIMUM DATE 5/30/95

EFFECTIVE DATE   MINIMUM DATE   MAXIMUM DATE

EFFECTIVE DATE   MINIMUM DATE   MAXIMUM DATE

DELINQUENT TIME   EFFECTIVE DATE (P.V.)   BACKTIME IF P.V.   P.V. MAX DATE

### DETAINERS

| DATED | FROM (INCL. ADDRESS) | CHARGING | INDICT.-WARRANT | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

COMMENTS:

SIGNATURE

TITLE
DEPUTY WARDEN

## Schuylkill County Prison — Admission Card

Name _KLINE_ (Last)  _Anthony_ (First)  _M._ (M.I.)

Address _645 N 2nd St_  Phone _622-9522_

City _Pottsville_  State _PA_

Soc. Sec. No. _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_  Marital Stat _M_  D.O.B. _1 / 25 / 52_ (Mo. Day Year)

Age _39_  Place of Birth _Pottsville_  Race _C_

HT. _5'3_  WT. _170_  Eyes _BRN_  Hair _BRN_  Religion _PROT_

Occupation _Unemployed_  Date _1-22-92_  Time _11 40_

In case of emergency notify _Barbara Kline_

Address _Same_  Phone _Same_

Prison No. _10949_  Desk Officer _[signature]_

NAME, TITLE, ADDRESS & JURISDICTION OF ISSUING AUTHORITY

CHARLES V. MORAN
DISTRICT COURT 21-3-02
2276 WEST MARKET ST.
POTTSVILLE, PA 17901

Date:

Initiating Number    C742785-1

Docket Number    C600-91

Charges:    INDECENT ASSAULT
Affiant:    PTLM. JEFFREY DUNKEL
Bail:    *15,000.00*

## Commonwealth of Pennsylvania

COUNTY OF ___SCHUYLKILL___

VS.

DEFENDANT: *(Name and Address)*

ANTHONY MICHAEL KLINE
645 N. 2ND ST.
POTTSVILLE, PA 17901

## COMMITMENT

To any Constable, Police Officer of the above named County of the Commonwealth or to the Keeper of the Common Jail
GREETING:

You are hereby commanded to forthwith convey and deliver into the custody of the Keeper of the Common Jail the above named defendant and the said Keeper is required to receive the defendant into your custody to be safely kept by you until discharged by due course of law or for:

- [ ] Summary conviction; a period of _____ days. Fine and Costs $
- [ ] A period of _____ days. Fine & Costs $
- [x] A hearing at *2:45P* .M., on *1-28-92* ,'19
- [ ] A further hearing
- [ ] The next term of court. Bail $
- [ ] C. P. Trial
- [ ] Other

Witness my hand and seal

This *22* day of *JAN* , 19

_____
Issuing Authority

Form JPD 044

# BODY RECEIPT

Date 1-22-92      Time 11⁴⁰ₚ

RECEIVED FROM SIGNATURE
PTLN Jeffry Dunkel

PRINTED   JEFFREY DUNKEL

# SCHUYLKILL COUNTY PRISON
# POTTSVILLE, PENNA. 17901

TITLE PTLN

DEPARTMENT POTTSVILLE BUREAU OF POLICE

PRISONER(S) KLINE, ANTHONY        OTN C742785-1

CHARGE(S): IND ASSAULT

HEARING DATE: 1-28-92

BAIL:   15000.00

SENTENCE:

FINE & COSTS:

MAGISTRATE: McRead

MISC.:

HEALTH: Good

| ☐ CONFINEMENT PAPERS | ☐ TO DETAINER | ☐ TO COURT WRIT—ATA | OTHER (MONEY) |

RECEIVED BY SIGNATURE

TITLE

## SCHUYLKILL COUNTY PRISON — RECORDS CARD

*P. P. filled*
*3-12-91.*

Date Committed  1-7-91

O.T.N. No.  C462376-5 & C462377-6

Magistrate

Prosecutor  Sent  By Court

Crime  2 cts. Poss :Poss. with Intent to
        Deliver

Bail

Age  38

D.O.B.  7-25-52

S.S. No.  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

Marital Status  M

Bail Posted Date

Total Time Served

---

Date of Sentence  1-2-91

Effective Date  1-7-91

Credit Time

Court Sentence  3 to 23 mos    3 to 23 mos   CC

Judge  Dolbin

O.T.N. No.  C462376-5 & C462377-6

Session No.  #636 & #637-90

Minimum Sentence Expires  4-7-91

Maximum Sentence Expires  12-7-92

**4/9/92 Parole Revoked**
½ Minimum

Date Paroled  4-8-91  **12/7/92 MAX.OUT**

| Time Served | | | |
|---|---|---|---|
| | Yrs. | 3 Mos. | 1 Days |

---

| Name | Last | First | M.I. | Prison No. 10949 |
|---|---|---|---|---|
| | KLINE, | Anthony | M. | Address 645 N 2nd St , Pottsville,Pa |

CRIMINAL   DIVISION
ADULT PROBATION/PAROLE DEPARTMENT

ORDER TO RELEASE FROM TEMPORARY DETENTION
OR
TO CANCEL WARRANT TO COMMIT AND DETAIN

DATE_____10-27-92_____

TO THE SUPERINTENDENT, WARDEN, OR OTHER AUTHORIZED REPRESENTATIVE OF AN
DETENTION FACILITY OR STATE CORRECTIONAL INSTITUTION IN THE COMMONWEALT
OF PENNSYLVANIA

A.  [  ]  By virtue of the authority delegated to me by the
          Schuylkill County Court, you are hereby authorized
          and directed to release, the person of

          _____
                            NAME

          Case No._____, who was placed in

          your custody on  Warrant to Commit and Detain,

          Dated_____.

B.  [ X ]  By virtue of the authority delegated to me by the
           Schuylkill County Court, you are hereby authorized
           and directed to return or otherwise cancel the
           enforcement of our Warrant to Commit and Detain,
           issued against the person of

               ANTHONY MICHAEL KLINE
          _____
                            NAME

          Case No. 637-1990_____Date_____.

          The effective date of this Order (is)___10-26-92___.

     [ x ]  Upon Receipt

     [  ]   Date_____

     [  ]   Time_____


SCHUYLKILL COUNTY ADULT PROBATION AND PAROLE DEPARTMENT

BY:

_____
                        JAMES J. BERGEN
CHIEF
ADULT PROBATION AND PAROLE OFFICER

| CERTIFICATION OF BAIL AND DISCHARGE | OTN C 742785-1 | POLICE CASE NO. | D. J. NO. | C 600-91 |
|---|---|---|---|---|

**CERTIFICATION OF BAIL AND DISCHARGE**

OTN C 742785-1

POLICE CASE NO.

D. J. NO. **C 600-91**

C.P. TERM & NO.

COMMONWEALTH VS. (Defendant Name and Address)

ANTHONY MICHAEL KLINE
645 N. SECOND ST.
POTTSVILLE, PA. 17901

CHARGE(S):

DATE OF CHARGE(S)
12/28/91

INDECENT ASSAULT:

☐ ROR (no surety)          ☐ Nominal Bail
☒☒ Bail (total amount set, if any)    $ 15,000.
☐ Conditions of Release (aside from appearing at court when required:)

**NEXT COURT ACTION**

DATE AND TIME
TO BE SET BY COURT

LOCATION
SCH. COUNTY COURTHOUSE

TO: ☒ Detention Center    ☐ Other

I hereby certify that sufficient bail has been entered

☐ By the defendant    ☒ On behalf of the defendant by:

RACHEL KLINE    PO BOX 772 POTTSVILLE, PA.
(Name & Address of Surety)                    (License No.)

● Refund of cash bail will be made within 20 days after final disposition. (Pa.R.Cr.P. 4015(b))

● Refund of all other types of bail will be made promptly after 20 days following final disposition. (Pa.R.Cr.P. 4015(a))

● Bring Cash Bail Receipt to Clerk of Court.

(attach addendum, if necessary)

SECURITY OR SURETY (IF ANY)
☐ Cash in full amount of bail
☒ Percentage cash bail
☒ Money furnished by
    ☐ Defendant
    ☒☒ 3rd Party

JUDGE OR ISSUING AUTHORITY
CHARLES V. MORAN

**APPEARANCE OR BAIL BOND**

THIS BOND IS VALID FOR THE ENTIRE PROCEEDINGS AND UNTIL FULL AND FINAL DISPOSITION OF THE CASE INCLUDING FINAL DISPOSITION OF ANY PETITION FOR WRIT OF CERTIORARI OR APPEAL TIMELY FILED IN THE SUPREME COURT OF THE UNITED STATES.

DISCHARGE THE ABOVE-NAMED DEFENDANT FROM CUSTODY IF DETAINED FOR NO OTHER CAUSE THAN THE ABOVE STATED.

Given under my hand and the Official Seal of this Court,

this _27th_ day of _FEBRUARY_, 19_92_

_____ (SEAL)
(Clerk of Court or Issuing Authority)

**PLACE OF DETENTION**

*Prison*

IN THE COURT OF COMMON PLEAS - CRIMINAL - OF SCHUYLKILL COUNTY

COMMONWEALTH OF PENNSYLVANIA        NOS.:  636, 637    TERM: 1990

         VS            CHARGE

  ANTHONY M. KLINE        POSSESSION WITH INTENT TO DELIVER A
                    CONTROLLED SUBSTANCE  (2 counts)

| SENTENCE | Effective | Minimum |
|---|---|---|
| NLT 3 months NMT 23 months SCP | 1/1/91 | 4/7/91 |

| Parole | Maximum |
|---|---|
| 4/ 8 /91 | 12/7/92 |

### ORDER OF COURT

AND NOW, this 8o day of April   1991, upon consideration
of Defendant's Parole Petition, recommendations of the District
Attorney, Warden of the Schuylkill County Prison and the Adult
Probation and Parole Department, it is hereby ordered that the
Defendant be released from imprisonment, effective  4/ 8 /91
to the balance of his maximum term under the supervision of the
Adult Probation and Parole Department of Schuylkill County and
be subject to the usual conditions of parole and the following
conditions:

( X )    He/She shall pay costs, fines and restitution totaling
       $800        within 17 months at the rate of $ 47.05
       per month.

( X )    He/She shall comply with any Special Conditions of
       Probation and Parole imposed by the Supervising Staff
       of the Schuylkill County Adult Probation and Parole
       Department.

( X )    SPECIAL CONDITION:  You will submit to random drug
       urinalysis screening as directed by your Probation
       Officer and pay the required fee.

# FILED

APR  8 1991

Stephen M. Lukach, Jr
   of Courts

BY THE COURT:

_____
      DOLBIN,

**APPLICATION FOR COUNTY PAROLE/REPAROLE**

Court of Common Pleas of
Schuylkill County — Criminal Division

**FILED**

APR 8 1991

Stephen M Lukash, Jr
Clerk of Courts

Per _____

**COMMONWEALTH OF PENNSYLVANIA**

vs.

ANTHONY M. KLINE

Term / Session ___ 1990 – # 636, 637

Judge ___ DOLBIN

| D.O.B. | AGE | S.S. # | SEX | CONFINED AT |
|---|---|---|---|---|
| 7/25/52 | 38 | 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 | M | SCHUYLKILL CO. PRISON |

SENTENCE DATA

PLEA ( )      GUILTY ( )      JURY ( )      OTHER ( )

OFFENSE(S) / SENTENCE / COST(S) / FINE(S) / RESTITUTION

(2 Cts.) Poss, Poss w/i to del.

3 to 23 Mos.      3 to 23 Mos. CC

| DATE OF SENTENCE | EFFECTIVE DATE | MINIMUM EXPIRATION | MAXIMUM EXPIRATION |
|---|---|---|---|
| 1/2/91 | 1/7/91 | 4/7/91 | 12/7/92 |
| CREDIT | DETAINER | DEFENDANT'S ATTORNEY | RELEASE DATA |

ADDRESS / TELEPHONE                    RELATIONSHIP

645 N. 2nd St.                        Barbara Kline (Wife)
Pottsville Pa          622-9522

EMPLOYMENT / ADDRESS / TYPE / SALARY

I HEREBY APPPLY FOR PAROLE/REPAROLE AND CERTIFY THAT I HAVE READ THE ABOVE STATEMENTS AND THEY ARE TRUE AND TO THE BEST OF MY KNOWLEDGE AND BELIEF.

WITNESS _____          SIGNATURE _Anthony Kline_

PRISON COUNSELOR

APPROVES ( ) OBJECTS ( )  WARDEN _____ DATE ___

APPROVES ( ) OBJECTS ( )  DISTRICT ATTORNEY _____ DATE ___

APPROVES ( ) OBJECTS ( )  ADULT PROB. DEPT. _____ DATE ___

REASON FOR OBJECTION: _____

### Schuylkill County Prison — Admission Card

Name _Kline_ _Anthony_ _M_
       Last           First         M.I.

Address _645 N. 2nd St._    Phone _622-5522_

City _Pottsvilles_    State _Pa_

Soc. Sec. No. _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_ Marital Stat. _M_ D.O.B. _2 25 52_
                                                 Mo. Day Year

Age _38_    Place of Birth _Pottsville_    Race _W_

HT. _5'4"_ WT. _170_ Eyes _Brn_ Hair _Blk._ Religion _P_

Occupation _Unemployed_    Date _01-07-91_    Time _8:55 Am_

In case of emergency notify _Barb Kline - Wife -_

Address _Same_    Phone _Same_

Prison No. _10949_    Desk Officer _____

COMMON PLEAS ~ CRIMINAL

SCHUYLKILL COUNTY, ss:
COMMONWEALTH

vs.

In the Court of Quarter Sessions of the Peace
of Schuylkill County

OTN #C 46137S-5

............................................. Term, 19 ........     No. .........

Defendant being .................................................................................................................................

OF ......................................................................................................................................................

NOW, ......................................................................, 19 ......., the Court directs that

.............................................................................................................................. pay the costs of

prosecution.

All costs of prosecution, fines, and restitution shall be paid in accordance with
a payment schedule as established by the Adult Probation Department and/or the Schuylkill
County Collection Bureau.

By the Court:

Dumbin, J.        C.R.#1

COMM:

DEFT:

STENO:

Certified from Record

...................................................................

CLERK of COURTS                    (js)

SCHUYLKILL COUNTY, ss:
COMMONWEALTH

vs.

In the Court of Quarter Sessions of the Peace
of Schuylkill County

...........................................................Term, 19 .........    No.....................

Defendant being .........................................................................................................

OF .............................................................................................................................

NOW, ...................................................................., 19........, the Court directs that

............................................................................................................pay the costs of

prosecution.

All costs of prosecution, fines, and restitution shall be paid in accordance with
a payment schedule as established by the Adult Probation Department and/or the Schuylkill
County Collection Bureau.

By the Court:

COMM:

DEFT:

STENO:

Certified from Record

.......................................................................
CLERK OF COURTS

NOTICE OF BOARD DECISION
PBPP-15 (6/92)

# COMMONWEALTH OF PENNSYLVANIA
## PENNA. BOARD OF PROBATION AND PAROLE

DATE:    051394

CLIENT NAME:    ANTHONY KLINE                         PAROLE NO:    6317X

INSTITUTION:    SCHUYLKILL COUNTY PRISON              INSTITUTION NO:    10949

AS RECORDED ON    050594    THE BOARD OF PROBATION AND PAROLE RENDERED THE
FOLLOWING DECISION IN YOUR CASE:

- CONTINUE PENDING RECEIPT OF SEX OFFENDER PROGRAM REPORT.

*JJM 05-13-94*



JAMES W. RIGGS
BOARD SECRETARY

MR. DAVID J. KURTZ
SCHUYLKILL COUNTY PRISON
SECOND & SANDERSON AVENUE
POTTSVILLE PA        17901

## Schuylkill County Prison — Admission Card

Name _KLINE_ (Last) _ANTHONY_ (First) _M._ (M.I.)

Address _303 LAUREL BLVD_    Phone _(717) 622-4795_

City _POTTSVILLE_    State _PA_

Soc. Sec. No. _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_    Marital Stat. _M_    D.O.B. _7/25/52_ (Mo. Day Year)

Age _40_    Place of Birth _POTTSVILLE    PA_    Race _W._

HT. _5'3"_    WT. _160_    Eyes _BROWN_    Hair _BROWN_    Religion _PROT_

Occupation _NONE_    Date _1-20-93_    Time _1215_

In case of emergency notify _RACHEL KLINE  (MOTHER)_

Address _SAME_    Phone _SAME_

Prison No. _10949_    Desk Officer _C/O MICHAEL FORD_
_1953_

COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY – CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA : NO. 174        19 92   OTN# C742785-1
                           VS.      : CHARGE(S) Indecent Assault
                                    :
    Anthony Michael Kline           :
         Defendant                  :
                                    : DATE OF OFFENSE: 12/28/91
                                    : PROSECUTOR: Ptlm. Jeffrey Dunkel

### ORDER OF COURT (PRISON SENTENCE)

AND NOW, this _6th_ of _January_, 19_93_:

(  ) On motion of the Assistant District Attorney to Nol Pros certain
     charges as set forth below, the motion is allowed by the Court.
(✗) On motion of the Defendant to withdraw the prior plea of not
     guilty and to enter a plea of guilty, the motion is allowed by
     the Court.

ACCORDINGLY, the Court sentences the defendant to:

(✗) Pay the costs of prosecution;
(  ) Pay restitution for the injured party(ies) in the amount
     of $_____;
(  ) Pay a fine of $_____;
(✗) Undergo imprisonment for a period of not less than _18 months_
     nor more than _36 months_, and stand committed
     until sentence is complied with, the imprisonment to be served:
        (✗) At the Schuylkill County Prison. _Credit for time served._
        (  ) Upon completion of the minimum sentence the defendant
             shall be granted immediate parole.
                (  ) Defendant may immediately participate in the Work
                     Release Program at the Schuylkill County Prison if
                     defendant otherwise qualifies.
        (  ) Via the Bureau of Corrections for confinement in a
             State Correctional Facility.
        (  ) In lieu of this imprisonment, defendant is to be confined
             at home with electric monitoring set up by the Adult
             Probation Department and pay any fees associated with the
             program.
(  )  The sentence on any additional charge(s) will be:

_____

_____

_____

(✗) The preceeding sentence(s) shall be effective today or _1/20/93 at 9:30 at_
(  ) The sentence(s) shall be concurrent with the sentence(s) _Sheriff Dept._
     imposed at Criminal Action No. _____.
(  ) The sentence(s) shall commence at the expiration of the
     sentence(s) imposed at Criminal Action No. _____ and
     shall be consecutive to that sentence(s).
(  ) Since defendant has served the minimum sentence, immediate parole
     is granted.

In addition:
     All costs of prosection, fines, fees and restitution shall be paid
     in accordance with a payment schedule as established by the Adult
     Probation Department and/or the Schuylkill County Collection Bureau.
     Also a supervision fee of $25.00 per month is due during parole.
(✗) Other special conditions and/or **NOL PROS**:

_No contact with victim_

_____

                                    BY THE COURT,

Com Atty _Ohake_
Def Atty _Quigan_
Steno _Hart_

_Doll_                    J.

Clerk of Courts SK

OR PRINT ALL INFORMATION
BLANK
35

LEAVE BLANK

# PSP CARD
0359700362

(LEAVE BLANK)

KLINE    ANTHONY    MICHAEL

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

URE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.
210428893

LEAVE BLANK

S/MAIDEN
AME, FIRST NAME, MIDDLE NAME, SUFFIX

| 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 |

| AGE | EDIT | IV 1 | IV 2 | CV | PV | LSID |
|-----|------|------|------|-----|-----|------|
| 45  |      |      |      |     |     | POTA |

| STATE IDENTIFICATION NO. | DATE OF BIRTH  MM  DD  YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|--------------------------|---------------------------|-----|------|--------|--------|------|------|
| 00000000 | 07 - 25 - 1952 | M | W | 503 | 160 | BRO | BRO |

| UMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |

| 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

50X50G8 1133S5  #ng035 13:07:52          5701LD  livebase 19970903-13:23

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

SUBMIT FINGERPRINT CARDS  WITHIN 48 HOURS
TO THE PENNSYLVANIA STATE POLICE
CENTRAL REPOSITORY
1800 ELMERTON AVENUE
HARRISBURG, PA 17110-9758

| MPLETE FOR JUVENILES ONLY | DATE OF ARREST MM DD YY | | |
|---|---|---|---|
| EAT AS JUVENILE        YES ☐ | 08 - 26 - 1997 | ORI  PA0540700 | |
| EAT AS ADULT           YES ☐ | | CONTRIBUTOR  POTTSVILLE PD | |
| | | ADDRESS  POTTSVILLE, PA 17901 | |

| N (S) E862361-3 | DATE OF OFFENSE MM DD YY 01 - 01 - 1997 | PLACE OF BIRTH (STATE OR COUNTRY) PA | U.S. CITIZEN YES ☒ NO ☐ | COUNTRY OF CITIZENSHIP US ALIEN # |
|---|---|---|---|---|

| SCARS, MARKS, TATTOOS, AND AMPUTATIONS |
|---|
| TAT UR ARM   TAT UL ARM   TAT LF ARM |
| TAT RF ARM   TAT L WRS |

| RESIDENCE/COMPLETE ADDRESS 809 CLARENCE AVE | CITY POTTSVILLE 17901 | STATE PA |
|---|---|---|

| FFICIAL TAKING FINGERPRINTS (AME OR NUMBER & DATE) JAMES A. MCCANN  SHRF 3 09/03/97 | LOCAL IDENTIFICATION/REFERENCE (OCA) 97079600 | PHOTO AVAILABLE?  YES ☐ PALM PRINTS TAKEN?  YES ☐ |
|---|---|---|

| MPLOYER: AUTO DEPOT SUNBURY, PA | OCCUPATION JUNK YARD EMPLOYEE |
|---|---|

| HARGE/CITATION | | DISPOSITION |
|---|---|---|
| . CC4302 | INCEST | 1. |
| CC3123A1 | INVOL DEV SEXUAL INTERCOURSE | |
| CC3123A5 | INVOL DEV SEXUAL INTERCOURSE | |
| CC6301A | CORRUPTION OF MINORS | |
| CC3126A3 | INDECENT ASSAULT | |
| CC3126A6 | INDECENT ASSAULT | |
| CC6301A | CORRUPTION OF MINORS | |

| FIREARM ENHANCEMENT YES ____  NO ____ X | PROSECUTION ☐ POLICE ☒ PRIVATE | MAGISTERIAL DISTRICT NO. 21302 | ARRESTING AGENCY (FOR PRISON USE ONLY) |
|---|---|---|---|

| ADDITIONAL INFORMATION/BASIS FOR CAUTION | COUNTY OF OFFENSE 54 DOB:          SOC: |
|---|---|

SP 4-123 (3-96)   PENNSYLVANIA STATE POLICE ARREST AND INSTITUTION FINGERPRINT CARD

Page 1 of 1

971179

**RINE , ANTHONY M**

**Booking Number:** 971179
**Date Booked:** 9/3/97
**Alias/AKA:**
**Address:** 809 CLARENCE AVE.
POTTSVILLE PA 17901

**Birth Date:** 7/25/52    **SSN:** 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
**Gender:** Male
**Race:** WHITE
**Hair:** DK BRO
**Eyes:** BRO
**Facial Hair:** MUSTACHE

**Height:** 5 ft 3 in
**Weight:** 160 lbs
**Other Markings:** TOTAL OF 5 TATTOOS ON BOTH ARMS

**Notes:** INCIDENT #97079600
OFFICER DENNIS WIEDERHOLD

**Arrest Date:** 8/26/97
**Police Dept:** POTTSVILLE P.D.
**OTN's:** E 862361-3

**Crime:** INCEST (3 CTS.)
INVOLUNTARY DEVIATE SEXUAL INTERCOURSE (3 CTS.)
CORRUPTION OF MINORS
INDECENT ASSAULT (4 CTS.)
CORRUPTION OF MINORS (2 CTS.)

| ID NO | DATE |
|---|---|
| 971179 | 9/3/97 |
| Schuylkill Cnty Sheriff - Central Booking Office | |

**Schuylkill Cnty Sheriff - Central Booking Office**
116 Claude A Lord Blvd
1st Floor Rear
Pottsville PA 17901-3602
717-628-3010

**TYPE OR PRINT ALL INFORMATION**
LEAVE BLANK
ng035

# PSP CARD
0359802326

LEAVE BLANK

CAR

| SID | (LEAVE BLANK) | KLINE | LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX |
| --- | --- | --- | --- |
| | | ANTHONY     MICHAEL     SR. | |

**SIGNATURE OF PERSON FINGERPRINTED**
*Anthony Kline*

**SOCIAL SECURITY NO.**
210428893

LEAVE BLANK

| 1 | 2 | 3 | 4 | 5 |
| --- | --- | --- | --- | --- |
| 6 | 7 | 8 | 9 | 10 |

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| | AGE | EDIT | IV 1 | IV 2 | CV | PV | LSID |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 46 | | | | | | POTA |

| BI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 00000000 | 07 - 25 - 1952 | M | W | 503 | 165 | BRO | BLK |



R. THUMB   2. R. INDEX   3. R. MIDDLE   4. R. RING   5. R. LITTLE

7. THUMB   7. L. INDEX   8. L. MIDDLE   9. L. RING   10. L. LITTLE

3   50X50G8 1133S5   #ng035_14:07:22          5701LD #npbase 19980812-14:14

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY     L. THUMB   R. THUMB     RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

SUBMIT FINGERPRINT CARDS  WITHIN 48 HOURS
TO THE PENNSYLVANIA STATE POLICE
CENTRAL REPOSITORY
1800 ELMERTON AVENUE
HARRISBURG, PA  17110-9758

| COMPLETE FOR JUVENILES ONLY | DATE OF ARREST | | |
| --- | --- | --- | --- |
| | MM  DD  YY | | |
| TREAT AS JUVENILE        YES ☐ | 06-01-1998 | ORI | PA0540700 |
| | | CONTRIBUTOR | POTTSVILLE |
| TREAT AS ADULT           YES ☐ | | ADDRESS | POTTSVILLE |

| OTN (S) | DATE OF OFFENSE | PLACE OF BIRTH (STATE OR COUNTRY) | U.S. CITIZEN | COUNTRY OF CITIZENSHIP |
| --- | --- | --- | --- | --- |
| F306552-1 | MM  DD  YY | PA | YES ☒ | US |
| | 05-24-1998 | | NO ☐ | ALIEN # |

SCARS, MARKS, TATTOOS, AND AMPUTATIONS

TAT L ARM    TAT R ARM    TAT UL ARM
TAT UR ARM    TAT BACK

| RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
| --- | --- | --- |
| 305 LAUREL BLVD., | POTTSVILLE | PA |
| | 17901 | |

| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER & DATE) | LOCAL IDENTIFICATION/REFERENCE (OCA) | PHOTO AVAILABLE?  YES ☒ |
| --- | --- | --- |
| ROY J. EILER   SHRF 5 | 98044390 | PALM PRINTS TAKEN?  YES ☐ |
| 08/12/98 | | |

| EMPLOYER: | OCCUPATION |
| --- | --- |
| | |

| CHARGE/CITATION | DISPOSITION |
| --- | --- |
| 1. VC3731A1   DUI OF ALCOHOL OR CONTLR SUBST | 1. |
| VC3731A4   DUI OF ALCOHOL OR CONTLR SUBST | |
| | |
| | |
| | |
| | |

| FIREARM ENHANCEMENT | PROSECUTION | MAGISTERIAL DISTRICT NO. | ARRESTING AGENCY |
| --- | --- | --- | --- |
| YES _____   NO  X | ☒ POLICE<br>☐ PRIVATE | 21302 | |

| ADDITIONAL INFORMATION/BASIS FOR CAUTION | COUNTY OF OFFENSE |
| --- | --- |
| | DOB:        54        SOC: |

SP 4-123 (3-96)   PENNSYLVANIA STATE POLICE ARREST AND INSTITUTION FINGERPRINT CARD

Page 1 of 1

981216



**Booking Number:** 981216
**Date Booked:** 8/12/98
**Alias/AKA:**
**Address:** 305 LAUREL BLVD.
POTTSVILLE PA 17901

**Birth Date:** 7/25/52 **SSN:** 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
**Gender:** Male
**Race:** WHITE
**Hair:** DK BRO
**Eyes:** BRO
**Facial Hair:** MUSTACHE

**Height:** 5 ft 3 in
**Weight:** 160 Lbs
**Other Markings:** TOTAL OF 5 TATTOOS ON BOTH ARMS

**Notes:** INCIDENT #98044390
OFFICER EDWARD TERIFIENCKO
POTTSVILLE POLICE DEPT.

**Arrest Date:** 6/1/98
**Police Dept:** POTTSVILLE P.D.
**OTN's:** F306552-1

**Crime:** DUI

ID NO 981216   DATE 8/12/98
Schuylkill Cnty Sheriff –
Central Booking Office

**Schuylkill Cnty Sheriff - Central Booking Office**
116 S. Claude A. Lord Blvd.
1st Floor Rear
Pottsville PA 17901-3602
717-628-3010

## Schuylkill County Prison — Admission Card

Name    *Kline*        *Anthony*        *M*
         Last            First            M.I.

Address    *305 Laurel Blvd*        Phone *(717) 622-4795*

City    *Pottsville*            State    *Pa.*

Soc. Sec. No.    *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*    Marital Stat. *D*    D.O.B. *7/25/52*
                                                        Mo. Day Year

Age *45*    Place of Birth    *Pottsville*        Race *Hisp.*

HT. *5'3"*    WT. *160*    Eyes *Brn*    Hair *Brn*    Religion *Pros.*

Occupation    *Laborer*    Date *6-14-98*    Time *5:45 pm.*

In case of emergency notify    *Rachael Kline (mother)*

Address    *Same*                Phone    *Same*

Prison No. *010949*    Desk Officer    *C/o Mulacheshi*

Eastern Press Pottsville Pa

---

*BAC #32*

## Schuylkill County Prison — Admission Card

Name    *KLINE*        , *ANTHONY*        *MICHAEL*
         Last            First            M.I.

Address *303 LAUREL BLVD.*        Phone *(717) 622 - 4795*

City    *POTTSVILLE*            State    *PA 17901*

Soc. Sec. No. *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*    Marital Stat. *D*    D.O.B. *07/25/52*
                                                        Mo. Day Year

Age *45*    Place of Birth    *GOOD SAMARITAN*        Race *W/M*

HT. *5'3"*    WT. *155*    Eyes *BRN*    Hair *BRN*    Religion *PROT.*

Occupation *JUNKYARD WORKER* Date *27 AUG 97*    Time *0135*

In case of emergency notify    *RACHEL KLINE*

Address *303 LAUREL BLVD.*        Phone *(717) 622 - 4795*
        *POTTSVILLE, PA 17901*

Prison No. *010949*    Desk Officer    *C/o RYAN*

Eastern Press Pottsville Pa

# EXHIBIT C

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

*CAPt*

CASE NO: 2200

CONDUCT COMPLAINT

RESIDENT *Cell D12- KLINE A.* DATE *7/22/00*

TIME *12:15* 

TIME AND DATE
OF HEARING *07.26.00 @ 0930*

INCIDENT:

ON THE ABOVE DATE AND TIME C/O CONNERS TOLD RES. KLINE A.
THAT HE WAS GOING TO CHECK THE laundry ROOM AND THAT if he
had ANYThing, HE WAS TOLD TO GET RID OF iT. AT THE ABOVE DATE
AND TIME C/O Dolan walked in The laundry ROOM and caught
RES. KLINE A. TRYing To hide PAPERS AND Tobacco in THE desk.
RES. KLINE SEEN THAT he WAS CAUGHT AND handed EVERYThing
OVER WiTH No PROBLEMS

## Class I Misconduct

(B 3) POSSESSION of OR inTRODUCTION of CONTRABAND OR implements of Escape

(B 13) CONSPIRACY To ESCAPE, RioT OR disrupT normal institution rouTine
THAT could RESULT in bodily injury To PERSONNEL OR inmates

(33) ViolATion of ADMINISTRATIVE directives noT specifically enumerated

COMPLAINING OFFICER *C/o Dolan*

RESIDENT WITNESSES:

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

STAFF WITNESSES:

1. *C/o Conners*
2. _____
3. _____
4. _____
5. _____
6. _____

SCHUYLKILL COUNTY PRISON

Pottsville, Pennsylvania

| | |
|---|---|
| | CASE NO: 2200 |
| RESIDENT   ANTHONY KLINE | TIME:        9:30 |
| PRISON NO. | DATE:        7/26/00 |

RESULTS OF HEARING:    BOARD:  LT. UHOLICK
                       CHAIRED:  COUNSELOR KRYJAK

LT. FLANNERY:        READ CONDUCT REPORT TO BOARD & RES. KLINE.

KRYJAK:              IS THE REPORT TRUE AS STATED?

FLANNERY:            YES.

KRYJAK:              HOW DO YOU PLEA?

KLINE:               GUILTY.

KRYJAK:              DO YOU HAVE ANYTHING TO SAY?

KLINE:               I WASN'T HIDING IT.  I WAS GETTING RID OF IT.

FINDING:   X   GUILTY _____ NOT GUILTY

DISPOSITION:  GUILTY BY OWN ADMISSION.  LOSS OF JOB.  RETURN TO GENERAL POPULATION.

ATTENDED HEARING:

1. _____        3. _____

2. _____        4. _____

_____
WARDEN'S SIGNATURE

# EXHIBIT D

SCHUYLKILL COUNTY PRISON
ACCIDENT/INCIDENT REPORT
(Use for fire, theft, damage, injuries, suicide attempts, reportable injuries, etc.)

Date _7-7-98_____    Person reporting _Rippl_____

Time _Approx. 5:30 P.M.____    Shift Supervisor _____

Name of individual report is about _KLINE, A_____

Witness_____    Witness_____

INCIDENT: _ON ABOVE DATE+TIME ABOVE RES. ASKED TO GO BACK
TO E·BLOCK in P.C (PROTECTIVE CUSTODY). KLINE STATED THAT
C-RES(S) Polusky, E & KEELS, E  Assaulted him, Polusky hit
him & KNOCKED him down And KEELS THREW AN APPR off his
heAD, cAusing it to explode._

Action taken/Disposition

Date_____    Warden_____

Schuylkill County Prison
230 Sanderson Street
Pottsville PA  17901-1758

Accident/Incident Report 9/95

Individual report is about _KLINE, A_____



# SCHUYLKILL COUNTY PRISON

DAVID J. KURTZ, WARDEN
230 SANDERSON STREET
POTTSVILLE PA 17901-1758

TELEPHONE: 717-628-1450
FAX:            717-628-1015

To:        Judge Domalakes

From:      Matthew W. Morgan, Work Release Administrator

Re:        Status of ANTHONY M. KLINE, Inmate

Date:      June 30, 1998

Your Honor:

The above captioned, Anthony M. Kline, being sentenced by your court on April 29, 1998 to a term of eleven and one-half (11½) months to sixty (60) months minus one (1) day and extended the privilege of Immediate Work Release has been placed into protective custody, by his own request.

I have informed Resident Kline, in writing, that he may not participate in the Work Release Program while under his current status and must voluntarily remove himself from protective custody and spend at least one (1) week in a general population block in order to demonstrate that he can peacefully live with other residents.  Although, Work Release is a trustee block, non the less it is still a sentenced population block and receives less direct supervision.

Since being informed, Resident Kline has removed himself from protective custody and was placed into both C and F Blocks, only to request protective custody again.  Through his actions, Resident Kline has failed to demonstrate to me that he is able to live in good faith with other residents at the Schuylkill County Prison.  I strongly feel that placing him onto a block which is not under constant direct supervision may be inherently dangerous to his well being.

Therefore, I am requesting that his order granting him Immediate Work Release be stricken from his court order.  Although, if Resident Kline later qualifies for the Work Release Program, he will be taken into consideration, based on staff evaluations, his behavior, and space availability within the Work Release Quarters.  If you should have any further questions regarding this matter please contact me at extension 1452. I thank you for your time and consideration in this matter.

Respectfully Submitted,

Matthew W. Morgan, Work Release

# EXHIBIT E

FORM DC-135A

INMATE'S REQUEST TO STAFF MEMBER

SCHUYLKILL COUNTY PRISON 7/29/87
**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF CORRECTIONS

INSTRUCTIONS

*Complete Items Number 1-7. If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently.*

| 1. TO: (NAME AND TITLE OF OFFICER) WARDEN Brittoñ | 2. DATE 12-27-99 |
| --- | --- |

| 3. BY: (INSTITUTIONAL NAME AND NUMBER) ANTHONY M. KLiNE 010949 | 4. COUNSELOR'S NAME MiKE |
| --- | --- |

| 5. WORK ASSIGNMENT LAUNdRY | 6. QUARTERS ASSIGNMENT D-12 |
| --- | --- |

7. SUBJECT: STATE COMPLETELY BUT BRIEFLY THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE. GIVE DETAILS.

The glasses I'm wearing Ar All Skarch up And get mingran Headecles From Them. I would like To no iF. I could get A New pair if iS's in The Budget

thank you

Anthony Kline

8. DISPOSITION: (DO NOT WRITE IN THIS SPACE)

1/6/99 New glasses given to inmate

K CordtoRe—

☐  TO DC-14 CAR ONLY          ☐  TO DC-14 CAR AND DC-15 IRS

| STAFF MEMBER | DATE |
| --- | --- |

# EXHIBIT F



OFFICE OF

# THE SCHUYLKILL COUNTY PRISON

### DAVID J. KURTZ, *Warden*

POTTSVILLE, PA.
17901

## TEMPORARY HOUSING

### INMATE'S REQUEST FORM

UPON ENTERING POPULATION I,  *Kline, A*

REQUEST TO HAVE:

✓      MATTRESS

—      COT

✓      Cup + Eating Utensil

NAME: *Anthony Kline*

DATE: *11/17/99*