

2 cx

(18)
12/12/

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Anthony M. Kline          :   Affidavit
        Plaintiff         :
VS.                       :   Civil Action No.
County Of Schuylkill et al. : 1: CV00-1695
        Defendants        :

FILED
HARRISBURG
DEC 11 2000
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

I, John Murphy, hereby declare

I have been double celled with Anthony Kline forcing him to sleep on the floor with a mattress since July 26, 2000. Inspite of Mr. Kline attempting numerous times by verbal and written request to shift supervisor to be moved to a single cell these requests are repeatedly denied.

When attempting to file a grievance we must use an "Inmate Request To Staff Member" form or it is disposed of without anything being done.

I declare under penalty of perjury that the foregoing is true and correct. Executed at the Schuylkill County Prison, Pottsville, Pa. on Oct. 6, 2000

Signed,
John Murphy
John Murphy

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Anthony M. Kline,  
    Plaintiff

vs.

County of Schuylkill, et al  
    Defendants

Affidavit

Civil Action No.  
CV00-1695

I, Jeffrey S. Miller, here by declares:
The inmate grievance procedure at Schuylkill County prison is virtually non-existant. An inmate may file a grievance only on an Inmate Request form if they are available. The forms are rarely available and if they are most C/O's won't hand them out when asked. When Request forms are not available Inmates are told to write requests on regular paper but when we do we are told to write it on ~~regular paper~~ Request form.

    I declare under penalty of perjury that the forgoing is true and correct. Executed at Schuylkill County Prison, Pottsville, Pa. on 11/14/00.

*Jeffrey S. Miller*

Jeffrey S. Miller

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Anthony McKine
  PLAINTIFF
  VS.

County of Schuylkill ET AL
  DEFENDANTS

AFFIDAVIT

Civil Action No.
3/00-1695

I, Anthony R. Yablonsky, here by declares:
The Inmate Grievance procedure at Schuylkill County Prison is virtually hope-less. An inmate may file a grievance only on an inmate request form if they are available, which they never are. And if they are, it's once in a blue moon or the C/O's will not hand them out when we ask for them. When they are not available they tell us to write it on a regular sheet of paper, but when we do this we are told to write it on a request form.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Schuylkill County Prison, Pottsville, PA, on 11-14-00

Sign
Anthony R. Yablonsky
Anthony R. Yablonsky