IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY M. KLINE, | : | CIVIL ACTION NO. 1:CV-00-1695 |
| Plaintiff | : | |
| v. | : | |
| COUNTY OF SCHUYLKILL, ET AL., | : | (Judge Rambo) |
| Defendants | : | |

O R D E R

Presently pending is Plaintiff's motion (Doc. 13) to voluntarily dismiss his claims against Defendants Schuylkill County Prison, Francis McAndrew, Forrest L. Shadle, Jerome Knowles, Stanley Tobash and William Baldwin. See Federal Rule of Civil Procedure 41(a)(2). Upon consideration thereof, **IT IS HEREBY ORDERED THAT** the motion is granted and the allegations against Defendants Schuylkill County Prison, McAndrew, Shadle, Knowles, Tobash, and Baldwin are dismissed without prejudice.

SYLVIA H. RAMBO
United States District Judge

Dated: December 12, 2000.

SR:jvw



UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 12, 2000

Re:  1:00-cv-01695    Kline v. County of Schuylkill

True and correct copies of the attached were mailed by the clerk to the following:

Anthony M. Kline
CTY-SCHUYLKILL
Schuylkill County Prison
2nd Sanderson Sts.
Pottsville, PA  17901

Frank L. Tamulonis Jr., Esq.
111 E. Market St.
P.O. Box 238
Pottsville, PA  17901

```
cc:
Judge                       (X )
Magistrate Judge            (  )
U.S. Marshal                (  )
Probation                   (  )
U.S. Attorney               (  )
Atty. for Deft.             (  )
Defendant                   (  )
Warden                      (  )
Bureau of Prisons           (  )
Ct Reporter                 (  )
Ctroom Deputy               (  )
Orig-Security               (  )
Federal Public Defender     (  )
Summons Issued              (  ) with N/C attached to complt. and served by:
                                 U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5         (  )
Order to Show Cause         (  ) with Petition attached & mailed certified mail
                                 to:  US Atty Gen  (  )    PA Atty Gen  (  )
                                      DA of County (  )    Respondents  (  )
Bankruptcy Court            (  )
Jim VanWie                  (X )
```

MARY E. D'ANDREA, Clerk

DATE: December 12th, 2000                                BY: _____
                                                              Deputy Clerk