IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY M. KLINE, | : CIVIL ACTION NO. 1:CV-00-1695 |
| Plaintiff | : |
| v. | : |
| COUNTY OF SCHUYLKILL, ET AL., | : (Judge Rambo) |
| Defendants | : |

O R D E R

IT IS HEREBY ORDERED THAT Plaintiff's request for an enlargement of time in which to respond to Defendants' motion to dismiss (Doc. 14) is **GRANTED**. Plaintiff shall file and serve a response to the motion to dismiss on or before December 29, 2000.

_____
SYLVIA H. RAMBO
United States District Judge

Dated: December 12, 2000.

SR:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 12, 2000

Re:  1:00-cv-01695    Kline v. County of Schuylkill

True and correct copies of the attached were mailed by the clerk
to the following:

>   Anthony M. Kline
>   CTY-SCHUYLKILL
>   Schuylkill County Prison
>   2nd Sanderson Sts.
>   Pottsville, PA  17901
>
>   Frank L. Tamulonis Jr., Esq.
>   111 E. Market St.
>   P.O. Box 238
>   Pottsville, PA  17901

```
cc:
Judge                          (X )
Magistrate Judge               (  )
U.S. Marshal                   (  )
Probation                      (  )
U.S. Attorney                  (  )
Atty. for Deft.                (  )
Defendant                      (  )
Warden                         (  )
Bureau of Prisons              (  )
Ct Reporter                    (  )
Ctroom Deputy                  (  )
Orig-Security                  (  )
Federal Public Defender        (  )
Summons Issued                 (  ) with N/C attached to complt. and served by:
                                    U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5            (  )
Order to Show Cause            (  ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen   (  )   PA Atty Gen  (  )
                                         DA of County  (  )   Respondents  (  )
Bankruptcy Court               (  )
Jim VanWie                     (X )
```

MARY E. D'ANDREA, Clerk

DATE: December 12th, 2000                          BY: _____
                                                        Deputy Clerk