To MARY E. D'ANDREA, clerk

This letter is to inform you that, I'm in Camp Hill effective 2-7-01 my inmate Number is (EN0683) Please Direct All Correspondence To This Address

Anthony Kline

1:00-CV-1695

P.O. Box 200

Camp Hill, Pennsylvania 17001-0200

PS put inmate Number in spreadline

FILED
HARRISBURG
FEB 12 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK