Anthony M Kline → Civil Action No- 1:CV-00-

address change completed copy 22

JUDGE'S COPY

Office of the clerk

I'm writing of my new address and all mail to be send here.

thank you
Anthony Kline

FILED
HARRISBURG, PA
APR 02 2001
MARY E. D'ANDREA, CLERK
Per ___ Deputy Clerk

Anthony Kline
Number EN0683
P.O. Box 200
Camp Hill, Pennsylvania 17001-0200