23
5-1-01
SC

Mary E. D'Andrea, Clerk: Civil Action no. 1;CV-00-1695

I'm writeing To Tell The courts. I goT Transferd To Somerset To let You Know To send Any court mail here.

Name Anthony Kline
Number EN0683
1800 Walters mill Road
Somerset, PA. 15510

FILED
APR 30 2001
PER HARRISBURG, PA DEPUTY