IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY M. KLINE, | : | |
|     Plaintiff, | : | CIVIL NO. 1:CV-00-1695 |
| vs. | : | (JUDGE RAMBO) |
| COUNTY OF SCHUYLKILL, et al., | : | |
|     Defendants | : | |

FILED
HARRISBURG, PA
JUL 0 5 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

<u>ORDER</u>

NOW, THEREFORE, THIS 5-th DAY OF JULY, 2001, for the reasons set forth in the foregoing memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss, (Doc. No. 9) is **GRANTED**.
2. Plaintiff's opposing brief (Doc. 16) to Defendants' motion to dismiss was entitled "motion in opposition to defendants' motion to dismiss." For clerical purposes, Plaintiff's motion is **DENIED**.
3. The Clerk of Court shall close this case.
4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

SYLVIA H. RAMBO
United States District Judge

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                    * * MAILING CERTIFICATE OF CLERK * *

                              July 5, 2001


     Re:  1:00-cv-01695      Kline v. County of Schuylkill



     True and correct copies of the attached were mailed by the clerk
     to the following:


          Anthony M. Kline
          SCI-SOMERSET
          EN0683
          1600 Walters Mill Road
          Somerset, PA   15510

          Frank L. Tamulonis Jr., Esq.
          111 E. Market St.
          P.O. Box 238
          Pottsville, PA   17901



cc:
Judge                          (X )            (X ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  (X )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )   PA Atty Gen ( )
                                          DA of County  ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____   ( )
                                                    MARY E. D'ANDREA, Clerk
```

DATE: July 5th, 2001                                                    BY: _____
                                                                             Deputy Clerk